JAN-06-2006  14:52       US ATTORNEY'S OFFICE                         212   P.02/03



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 6, 2006

BY HAND

Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, New York 10007

              Re:  Weininger v. Castro,
                   McCarthy v. Republic of Cuba,
                   05 Civ. 7214 (VM)

Dear Judge Marrero:

        The Government submits this letter in accordance with
the Court's request at the December 9, 2005 conference for the
Government's view as to whether, as a threshold matter, the Court
is precluded from ordering distribution of the funds that are the
subject of these consolidated cases.

        At issue in these cases is the application of section
201 of the Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L.
No. 107-297, 116 Stat. 2322 (Nov. 26, 2002), which authorizes the
execution of certain judgments against state sponsors of
terrorism.  In pertinent part, it permits a plaintiff who "has
obtained a judgment against a terrorist party on a claim based
upon an act of terrorism" to attach "the blocked assets of that
terrorist party."  TRIA § 201(a).  It is within the Court's
authority to determine whether and to what extent TRIA applies to
the Weininger and McCarthy claims.  In the event the Court
determines that the funds are subject to TRIA, the funds may be
distributed without a license from the Office of Foreign Assets
Control ("OFAC").  If, however, the Court determines that TRIA is
inapplicable, the funds are not available for distribution in the
absence of a license from OFAC.

JAN-06-2006  14:52      US ATTORNEY'S OFFICE                    212    P.03/03

        We understand that the parties will be moving for
summary judgment in these cases and will be submitting to the
Court an agreed-upon briefing schedule.  The Government intends
to review the parties' briefs and to monitor the litigation to
determine whether to submit a Statement of Interest pursuant to
28 U.S.C. § 517.

        Thank you for your consideration of this submission.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

                 By:    _____

                        BETH E. GOLDMAN
                        Assistant United States Attorney
                        Tel.: (212) 637-2732


cc:  by facsimile:
     James L. Kerr, Esq.
     James W. Perkins, Esq.
     Bryan A. West, Esq.
     Lynn A. Dummett, Esq.


                            2


                                              TOTAL P.03