UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH G. JANIS, CHRISTOPHER T. JANIS,
GREER C. JANIS, MICHAEL I. JANIS,
and JONATHAN N. JANIS

    Plaintiffs,

vs.

CIVIL ACTION CASE NO.:
8:09-CV-2308-RAL-MAP

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE coming on to be heard upon Plaintiffs' Motion for Entry of Order Expanding the Protective Order entered at DE 294 to include all non-party banks or financial institutions responding to Plaintiffs' subpoenas for discovery of financial information in aid of post-judgment execution and the Court having reviewed the motion and legal authority, and being duly advised in the premises, after due and careful consideration, it is hereby ORDERED AND ADJUDGED:

1. Plaintiffs' motion to expand the Protective Order at DE 294 is granted.

2. The Protective Order at DE 294 in hereby expanded to include all banks and financial institutions responding to Plaintiffs' subpoenas for discovery of financial information in aid of post-judgment execution which will alleviate those non-party banks and financial institutions' concerns about violating the privacy of innocent parties.

3. Non-party banks and financial institutions receiving a subpoena for financial information for the purposes of executing on plaintiffs' judgment shall comply with plaintiffs' subpoenas subject to the terms of the Protective Order at DE 294.

DONE and ORDERED in chambers at Hillsborough County, Florida this 5 day of August, 2011.

Honorable Richard A. Lazzara
United States District Court Judge