UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH STANSELL, MARCH GONSALVES,
THOMAS HOWES, JUDITH G. JANIS,
CHRISTOPHER T. JANIS, GREER C. JANIS,
MICHAEL I. JANIS, and JONATHAN N. JANIS,

    Plaintiffs,

v.                               CASE NO: 8:09-cv-2308-T-26MAP

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), *et al.*,

    Defendants.
_____/

## O R D E R

In view of the Claimants' filing of a notice of appeal at docket 773, it is ordered and adjudged that Claimants' Motion to Alter Judgment Under Fed. R. Civ. P. 59 (Dkt. 772) and Amended Motion to Alter Judgment Under Fed. R. Civ. P. 59 (Dkt. 774), which are directed at the same orders being appealed from in the notice of appeal, are denied for lack of jurisdiction. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982) (stating that "[t]he filing of a notice of appeal is an event of jurisdictional significance - it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2013.

       s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record