UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No. 8:09-CV-2308-RAL-MAP

KEITH STANSELL, *et al.*,

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), *et al.*,

    Defendants,

and

HSBC BANK USA, N.A.,

    Garnishee.
_____/

## GARNISHEE HSBC BANK'S
## ANSWER TO WRIT OF GARNISHMENT

    Garnishee, HSBC Bank USA, N.A. ("HSBC"), pursuant to Florida Statutes § 77.06, responds to the Writ of Garnishment (the "Writ") served on it on February 27, 2015, by Plaintiffs, Keith Stansell, Marc Gonsalves, Thomas Howes, Judith G. Janis, Christopher T. Janis, Greer C. Janis, Michael I. Janis, and Jonathan N. Janis as follows:

    1.    Between February 27, 2015, the date of service of the Writ, and March 19, 2015, the date on which HSBC's answer is being served, HSBC was apparently indebted to Fawzi Mustafa Kan'an ("Kanan") (a/k/a Faqzi Kanaa, Fazi Canaan, Fauzi Ganan, Faouzi Can'an, Maustaf Fawzi (Faouzi) Kanaan, Faouzi Kanan, Fauzi Kanaan, Fawzi Kan'an). Pursuant to OFAC Global Terrorism Sanctions Regulations, prior to service of the Writ, on June 23, 2008, HSBC froze funds presently totaling $95,460.40 being transferred by "Faouzi &/or Ffatima

Kanaa" from an account at Interaudi Bank. The funds associated with this transaction have been deposited into HSBC blocked account number -----9359. These funds will remain frozen pursuant to OFAC Global Terrorism Sanctions Regulations and will not be released by HSBC in the absence of an appropriate Court order or license issued by the U.S. Department of the Treasury.

2. HSBC knows of no other persons indebted to Kanan who may have had any of Kanan's effects in their hands.

3. HSBC hereby demands payment of the $100.00 statutory fee, which was to be posted when Plaintiffs sought their Writ.

4. In addition, pursuant to § 77.28, Florida Statutes, HSBC demands payment of all additional reasonable attorney's fees incurred by it in connection with its response to the Writ.

Respectfully submitted,

Carlton Fields Jorden Burt, P.A.
Attorneys for HSBC Bank USA, N.A.
100 Southeast Second Street, Suite 4200
Miami, Florida 33131


By: _/s/ Avi R. Kaufman_____
Avi R. Kaufman
Florida Bar No. 84382
E-mail: akaufman@cfjblaw.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on March 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System which will send a Notice of Electronic Filing to the following:

Tony Korvick, Esquire
Porter & Korvick, P.A.
9655 South Dixie Highway
Suite 208
Miami, Florida 33156

*Attorneys for Plaintiffs*

                   By: */s/ Avi R. Kaufman*
                      Avi R. Kaufman