UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case Number: 8:09-CV-2308-RAL-MAP

KEITH STANSELL, MARC GONSALVES,
THOMAS HOWES, JUDITH G. JANIS,
CHRISTOPHER T. JANIS, GREER C. JANIS,
MICHAEL T. JANIS, and JONATHAN N.
JANIS

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF
COLUMBIA (FARC); et al.

    Defendants.
_____/

and

CREDIT SUISSE AG,

    Garnishee.
_____/

## GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT

Pursuant to Section 77.06 of the Florida Statues and Federal Rules of Civil Procedure 64 and 69(a), Credit Suisse AG ("Garnishee") responds to the Writ of Garnishment dated February 20, 2015 and served February 27, 2015, issued at the request of Plaintiffs in the above-captioned matter, in connection with Grand Stores Ltd a/k/a Tajco a/k/a Tajco Ltd. a/k/a Tajco Sarl a/k/a Tajco Company a/k/a Tajco Company LLC a/k/a Tradex Co a/k/a Grand Stores (Gambia Location) (collectively "Grand Stores"), as follows:

1. Garnishee has investigated records of its accounts maintained in the United States. The following Answer is based on that investigation.[1]

2. From the date of service of the Writ through the date of this Answer, Garnishee is not and was not indebted to Grand Stores and is not and was not in possession or control of any tangible or intangible personal property of Grand Stores.

3. Garnishee knows of no other persons indebted to Grand Stores or who may be in possession or control of any property of Grand Stores.

4. Garnishee hereby demands payment of the $100.00 statutory fee as set forth in Section 77.28 of the Florida Statutes.

5. In addition, pursuant to Section 77.28 of the Florida Statutes, Garnishee demands payment of all additional reasonable attorneys' fees incurred in connection with its response to the Writ.

Dated: March 19, 2015

Respectfully Submitted,

CARLTON FIELDS JORDEN BURT

/s/ John E. Clabby
Kathleen S. McLeroy
Florida Bar No.: 856819
kmcleroy@cfjblaw.com
John E. Clabby
Florida Bar No.: 113664
jclabby@cfjblaw.com
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000

---

[1] *See Ellis v. Barclays Bank PLC-Miami Agency*, 594 So. 2d 826, 827 (Fla. App. 3d Dist. 1992) (affirming summary judgment for garnishee bank that answered for U.S. accounts but not foreign accounts); *Skulas v. Loiselle*, No. 09-60096-CIV, 2010 WL 1790439, at *2 (S.D. Fla. Apr. 9, 2010) (noting that pursuant to the holding in *Barclays Bank*, "the process of a United States court served on a United States branch of an international bank cannot reach deposits possibly held by foreign branches"); *see also Sargeant v. Al-Saleh*, 137 So. 3d 432, 434-35 (Fla. App. 4th Dist. 2014) (holding that Florida law contains no provisions authorizing extraterritorial turnover, and that the judgment creditor must therefore proceed under the execution laws of the foreign jurisdictions).

Facsimile: (813) 229-4133
*Counsel for Garnishee, Credit Suisse AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2015, I electronically filed the foregoing with the Court using CM/ECF, which will electronically serve a true and correct copy on all counsel of record who are registered with that system, including:

Tony Korvick, Esq.
Porter & Korvick, P.A.
9655 S. Dixie Highway, Suite 208
Miami, Florida 33156
*Counsel for Plaintiffs*

/s/ John E. Clabby
Attorney

3