
INTERAUDI BANK

### Answer to the Writ of Execution/Garnishment

*Re: Garnishee Interaudi Bank's Answer to Writ of Execution/Garnishment DE 912*

Interaudi Bank's answer in regards to the Writ of Execution/Garnishment is as follows.

- Interaudi Bank is indebted to Faouzi Kanaan.
- Interaudi Bank is holding $68,489 belonging to Mr. Kanaan in a blocked account under Office of Foreign Assets (OFAC) regulations.
- The property is in the form of a demand deposit account. It is our understanding that HSBC Bank USA NA is also holding funds (at least $95,000) belonging to Mr. Kanaan.
- Interaudi Bank knows of no other person or entity indebted to Mr. Kanaan.
- There are two individuals that have an ownership interest in Mr. Kanaan's demand deposit account at Interaudi Bank.
  **Faouzi and/or Fatima and/or Hilal Kanaan**
  CALLE DOS, RESIDENCIA COSMO, PISO 8, APT. 8-C
  LA URBINA, MUNICIPIO SUCRE, ESTADO MIRANDA
  CARACAS VENEZUELA. NUMERO CODIGO POSTAL N 1073

_Denise A. Michaux_
Denise A. Michaux, First Vice President
Compliance & Regulatory Risk Management

STATE OF NEW YORK       COUNTY OF NEW YORK       ss:

On this __30TH__ day of __MARCH__, __2015__ before me, the undersigned, a Notary Public in and for said state, personally appeared __DENISE A. MICHAUX__, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

Notary Public

LAWRENCE J. AYOUB
Notary Public, State of New York
No. 24-4810548, Kings County
Certificate Filed in NY County
Commission Expires May 31, 2018