19 East 54th Street, New York, NY 10022   Tel 212 833 1000   Fax 212 833 1033   www.interaudibank.com


INTERAUDI BANK

March 30, 2015

Tony Korvick, Esq.,
Porter & Korvick, P.A.,
9655 S Dixie Hwy, #208,
Miami, FL 33156

*Re: Garnishee Interaudi Bank's Answer to Writ of Execution/Garnishment DE 912*

Dear Mr. Korvick,

Interaudi Bank hereby authorizes and entrusts Porter & Korvick, P.A. to electronically file the attached answer with the United States District Court for the Middle District of Florida.

I can be reached at 212-833-1000 should you have any questions.

Sincerely,

*Denise A. Michaux*

Denise A. Michaux
First Vice President
Compliance and Regulatory Risk Management