UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL,
MARC GONSALVES,                          CIVIL ACTION CASE NO.:
THOMAS HOWES,                            8:09-CV-2308-RAL-MAP
JUDITH G. JANIS, CHRISTOPHER T. JANIS,
GREER C. JANIS, MICHAEL I. JANIS,
and JONATHAN N. JANIS

        Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

        Defendants.
_____/

### PLAINTIFFS' NOTICE OF COMPLIANCE FLA. STAT. § 77.055
### (INTERAUDI BANK Answer DE 933/Notice – Served March 31, 2015)

Plaintiffs' undersigned counsel hereby certifies compliance with Fla. Stat. § 77.055

Service of garnishee's answer and notice of right to dissolve the writ, which requires that:

> Within 5 days after service of the garnishee's answer on the plaintiff or after the
> time period for the garnishee's answer has expired, the plaintiff shall serve by
> mail, the following documents:  a copy of the garnishee's answer, and a notice
> advising the recipient that he or she must move to dissolve the writ of
> garnishment within 20 days after the date indicated on the certificate of service in
> the notice if any allegation in the plaintiff's motion for writ of garnishment is
> untrue.  The plaintiff shall serve these documents on defendant's last known
> address and any other address disclosed by the garnishee's answer and on any
> other person disclosed by the garnishee's answer to have an ownership interest in
> the deposit, account, or property controlled by the garnishee.  The plaintiff shall in
> the proceeding a certificate of such service.

Garnishee INTERAUDI BANK  filed its Answer  to Writ of Garnishment DE 912 on

March 30, 2015. **DE 933**.

Pursuant to Fla. Stat § 77.055, Plaintiff's undersigned counsel hereby certifies service by

First Class International U.S. mail: (i) a copy of garnishee Interaudi Bank's Answer DE 933; and

(ii) a Notice advising the recipient that he or she must move to dissolve the writ of garnishment

1

within 20 days of the date indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue.  The Answer DE 933 and Notice were served on **March 31, 2015** on the OFAC designated SDGT Fawzi Kanaa (and/or Faouzi and/or Fatima and/or Hilal Kanaan) who owns the blocked assets being garnished, at the last known addresses identified by the OFAC SDN Listings and Press Releases attached as Exhibits 1-4 and 19-23 to DE 892, and at the additional address listed in Garnishee's Answer DE 933 for the owner identified as Faouzi Kanaan.  Garnishee's Answer identified no other persons or entities who had an ownership interest in the deposit, account, or property controlled by the garnishee.

Attached hereto are:  **Ex. 1** (Fla. Stat. § 77.055 Answer/Notice) and **Ex. 2** (USPS Int'l First Class Mail receipt).

Respectfully submitted April 1, 2015.

/s Newton Porter                               /s  Tony Korvick                            
NEWTON P. PORTER                     TONY KORVICK
(Florida Bar No. 833738)                (Florida Bar No. 768405)
nporter@porterandkorvick.com      tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.            PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208    9655 South Dixie Highway Suite 208
Miami, Florida 33156                     Miami, Florida 33156
Telephone:    (305) 373-5040          Telephone:    (305) 373-5040
Attorneys for Plaintiffs                    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I served the foregoing document (personal service and electronic mail) to the following persons: NONE

 s/TONY KORVICK
TONY KORVICK (Florida Bar No. 768405)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:    (305) 373-5040
Fax:            (305) 668-9154
tkorvick@porterandkorvick.com

2