UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL, et al.

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,
    Defendants.
_____/

CIVIL ACTION CASE NO.:
8:09-CV-2308-RAL-MAP

**NOTICE -**
(Fla. Stat § 77.055)

    You are being served a copy of the garnishee's answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 31, 2015, I served by First Class International U.S. mail a copy of garnishee Interaudi Bank's Answer DE 933 and this Notice pursuant to Fla. Stat. § 77.055 to each of the following person(s) or entity(s):

FAQZI KANAA or FAWZI MUSTAFA KAN'AN or FFATIMA KANAA
Calle 2, Residencias Cosmos
Fifth Floor, Apartment 5D La Urbina
Caracas Venezuela

FAQZI KANAA or FAWZI MUSTAFA KAN'AN or FFATIMA KANAA
Esquina Bucare
Building 703, Second Floor, Apartment 20
Caracas, Venezuela

FAOUZI AND/OR FATIMA AND/OR HILAL KANAAN
Calle Dos, Residencia Cosmo, Piso 8, Apt. 8-C
La Urbina, Municipio Sucre, Estado Miranda
Caracas Venezuela. Numero Codigo Postal N 1073

                                        s/Tony Korvick
                                        TONY KORVICK (Florida Bar No. 768405)
                                        Attorneys for Plaintiffs
                                        PORTER & KORVICK, P.A.
                                        9655 South Dixie Highway Suite 208
                                        Miami, Florida 33156
                                        Telephone:    (305) 373-5040
                                        tkorvick@porterandkorvick.com