```
            PINECREST POSTAL STORE
               MIAMI, Florida
                 332569998
              1158540099-0096
    03/31/2015 (800)275-8777 02:56:52 PM

    ———————— Sales Receipt ————————
    Product          Sale Unit      Final
    Description       Qty Price     Price

    (Global           3   $1.15      Void
    Forever)
    Silver
    Bells
    Wreath PSA
    Venezuela - FCMI Letter          $1.15
      0.50 oz.
                                   ========
      Issue Postage:                $1.15

    Venezuela - FCMI Letter          $1.15
      0.50 oz.
                                   ========
      Issue Postage:                $1.15

    Venezuela - FCMI Letter          $1.15
      0.50 oz.
                                   ========
      Issue Postage:                $1.15


    Total:                          =======
                                     $3.45

    Paid by:
    AMEX                             $3.45
       Account #:    XXXXXXXXXXXX8002
       Approval #:       569698
       Transaction #:    738
       239035210454094738069


    In a hurry? Self-service kiosks
    offer quick and easy check-out. Any
    Retail Associate can show you how.

    Order stamps at usps.com/shop or
    call 1-800-Stamp24. Go to
    usps.com/clicknship to print
    shipping labels with postage. For
    other information call
    1-800-ASK-USPS.
    ***********************************
```