UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No. 8:09-CV-2308-RAL-MAP

KEITH STANSELL, *et al.*,

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), *et al.*,

    Defendants,

and

HSBC BANK USA, N.A.,

    Garnishee.
_____/

**GARNISHEE HSBC BANK'S NOTICE OF NO OBJECTION TO PLAINTIFFS' MOTIONS FOR ENTRY OF TRIA TURNOVER JUDGMENTS [DE 952 & 953]**

    Garnishee, HSBC Bank USA, N.A., hereby gives notice that it does not object to the relief sought in: (1) Plaintiffs' Motion for Entry of TRIA Turnover Judgment on Garnishee HSBC Bank USA, N.A.['s] Answer DE 922 [DE 952]; or (2) Plaintiffs' Motion for Entry of TRIA Turnover Judgment on Garnishee HSBC Bank USA, N.A.['s] Answer DE 923 [DE 953].

    Respectfully submitted,

Carlton Fields Jorden Burt, P.A.
Attorneys for HSBC Bank USA, N.A.
100 Southeast Second Street, Suite 4200
Miami, Florida 33131

 /s/ *Avi R. Kaufman*
Avi R. Kaufman
Florida Bar No. 84382
E-mail: akaufman@cfjblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System which will send a Notice of Electronic Filing to all registered users.

/s/ Avi R. Kaufman
Avi R. Kaufman