## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 29, 2015

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-13774-DD
Case Style: Keith Stansell, et al v. Revolutionary Armed Forces of, et al
District Court Docket No: 8:09-cv-02308-RAL-MAP

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Elora Jackson, DD
Phone #: (404) 335-6173

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

---

No. 15-13774-DD

---

KEITH STANSELL, et al.,

                                                    Plaintiffs - Appellants,

versus

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.,

                                                    Defendants - Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE:    TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

    Appellants' "Agreed-to Motion to Dismiss Appeal" is GRANTED.

    The parties shall bear their own attorneys' fees and costs.