UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL,
MARC GONSALVES,             CIVIL ACTION CASE NO.:
THOMAS HOWES,               8:09-CV-2308-RAL-MAP
JUDITH G. JANIS,
CHRISTOPHER T. JANIS,
ESTATE OF GREER C. JANIS,
MICHAEL I. JANIS,
and JONATHAN N. JANIS

      Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

      Defendants.
_____/

**PLAINTIFFS' SUPPLEMENTAL APPENDIX IN SUPPORT OF POST-JUDGMENT EXECUTION AGAINST AGENCIES AND INSTRUMENTALITIES OF THE FARC**

Plaintiffs file the following materials in support of their post-judgment execution proceedings against blocked accounts and blocked assets of Venezuelan "Cartel of the Suns" agencies or instrumentalities of the FARC under Section 201 of the Terrorism Risk Insurance Act of 2002:

1.    9/12/08 Treasury OFAC Press Release: "Treasury Targets Venezuelan Government Officials Supporting the FARC"

2.    9/8/11 Treasury OFAC Press Release: "Treasury Designated Four Venezuelan Officials for Providing Arms and Security to the FARC"

3.    5/29/12 Reuters: "Fugitive Venezuela judge helps elite U.S. anti-drugs unit"

4.    11/6/12: Testimony of Ambassador Roger F. Noriega Before the United States House Of Representatives Committee On Homeland Security, "A Line in the Sand: Assessing Dangerous Threats to Our Nation's Borders"

5. 8/21/13 Treasury OFAC Press Release: "Treasury Targets Venezuelan Narcotics Trafficker – Action Designates Former Venezuelan Military Official, Previously Indicted"

6. 1/21/15 Indictment (unsealed) USA v Nestor Luis Reverol Torres in EDNY Case No. 15-cr-00020 (former Director VZ National Anti-drug agency)

7. 1/27/15 Epoch Times: "Venezuela's Assembly President is Head of Drug Cartel, Claims Ex-Security Chief"

8. 3/8/15 [IEEPA] Executive Order 13692 "Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Venezuela

9. 4/24/15 Indictment (unsealed) USA v. Pedro Luis Martin Olivares, SDFL Case No. 15-cr-20299

10. 8/11/15 American Enterprise Institute: "Venezuela: Rise of a narcostate"

11. 12/15/15 New York Times: "Venezuelan Official Is Said to Be Charged in Drug Case in U.S. Court"

12. 12/16/15 American Enterprise Institute: "Fresh evidence of the Venezuelan narcostate"

13. Jan/Feb 2016 Military Review, Prof. Leopoldo E. Colmenares G.: "Criminal Networks in Venezuela, Their Impact on Hemispheric Security"

14. 2/18/16 Breitbart News: "Colombian Drug Lord: Venezuela's Former #2 Sold Cocaine to Islamic State"

15. 8/1/16 DOJ Press Release: "Former Top Leaders Of Venezuela's Anti-Narcotics Agency Indicted For Trafficking Drugs To The United States"

16. 11/3/16 Sun Herald: "U.S. judge delivers new blow to Venezuelan 'first nephews' on eve of trial"

17. 11/9/16 Insight Crime: "Arrest of Third Suspect May be Gamechanger in Venezuela 'Narco Newphews' Case"

18. 12/16/16 Insight Crime: "FARC Expels 5 Commanders, Revealing Extent of Rebel Fragmentation"

19. 1/4/17 Insight Crime: "GameChangers 2016: Venezuela's Cartel of the Suns Revealed"

2

20. 2/13/17 Treasury OFAC Press Release: "Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami and his Primary Front Man Samark Lopez Bello"

21. 2/13/17 OFAC Chart of El Aissami and Lopez Bello network

22. June 2017 American Enterprise Institute: "Kingpins and Corruption, Targeting Transnational Organized Crime In The Americas"

23. 8/13/17 Miami Herald: "Powerful Venezuelan lawmaker may have issued death order against Rubio"

24. 8/16/17 Opinion & Order in Cabello-Rondon v Dow Jones & Co., SDNY Case No. 1:16-cv-03346-KBF dismissing defamation action arising from 5/18/15 WSJ article and finding that Cabello "failed to adequately plead material falsity"

25. 9/14/17 Insight Crime: "The FARC's Riches: Millions Apparently Lost to Dissidents"

26. 9/20/17 Treasury FINCEN "Advisory on Widespread Public Corruption in Venezuela"

27. 12/14/17 DOJ Press Release: "Nephews of Venezuela First Lady Each Sentenced to 18 Years in Prison for Conspiring to Import Cocaine into the United States"

28. 1/2/18 PanAmPost: "FARC Dissidents Continue Extortion and Drug Trafficking into 2018"

29. 1/16/18 Insight Crime: "GameChangers 2017: Is Colombia's FARC Really Gone?"

30. 3/20/18 Reuters: "Colombia FARC rebel dissidents number 1,200, military says"

31. 4/10/18 NPR: "Former FARC Leader Arrested In Colombia On U.S. Drug Warrant"

32. 4/22/18 LatAmPost: "FARC has not died: This is how its dissidents operate"

33. 4/24/18 PanAmPost: "Testimony of Colombian Marlon Marin, nephew of "Ivan Marquez", head of the Colombian FARC guerilla, reveals once again that Chavismo's second most powerful man is "up to his neck" in the drug trade through the "Cartel de los Suns"

34. 4/25/18 Summary Order from 2nd Circuit Court of Appeals in Cabello-Rondon v. Dow Jones Case 17-2895 affirming dismissal of defamation lawsuit vs Wall Street Journal

35. 4/24/18 New York Law Journal: "Second Circuit Affirms Dismissal of Libel Suit by Top Venezuelan Politician Over WSJ Report"

36. May 2018 Insight Crime:" "Venezuela-A Mafia State? §2. Drug Trafficking within the Venezuelan Regime: The Cartel of the Suns"

37. 5/7/18 Treasury OFAC Press Release: "Treasury Sanctions Drug Trafficking and Money Laundering Network Led By Former Senior Venezuelan Intelligence Official"

38. 5/7/18 OFAC Chart on Pedro Luis Martin Olivares network

39. 5/17/18 Insight Crime: "Drug Trafficking Within the Venezuelan Regime: The 'Cartel of the Suns'"

40. 5/17/18 Business Standard: "Eight FARC dissidents killed in Colombia border clash"

41. 5/18/18 Treasury OFAC Press Release: "Treasury Targets Influential Former Venezuelan Official and His Corruption Network"

42. 5/18/18 Treasury OFAC SDN List Update – Venezuela Designations

43. 5/23/18 Insight Crime: "Colombia Dismantles Underground Drug Lab Linked to Ex-FARC Mafia"

44. 6/2/18 Daily Beast: "How Cuba Helped Venezuela Become a Mafia State"

Respectfully submitted June 10, 2018

/s Newton Porter_____           /s_Tony Korvick_____
NEWTON P. PORTER                          TONY KORVICK
(Florida Bar No. 833738)                  (Florida Bar No. 768405)
nporter@porterandkorvick.com              tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.                    PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208        9655 South Dixie Highway Suite 208
Miami, Florida 33156                      Miami, Florida 33156
Telephone:   (305) 373-5040               Telephone:   (305) 373-5040
Facsimile:   (305) 668-9154               Facsimile:   (305) 668-9154
Attorneys for Plaintiffs                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylavnia Ave. NW
Washington DC
*[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]*

                         _s/Tony Korvick_____
                         TONY KORVICK (Florida Bar No. 768405)
                         Attorneys for Plaintiffs
                         PORTER & KORVICK, P.A.
                         9655 South Dixie Highway Suite 208
                         Miami, Florida 33156
                         Telephone:     (305) 373-5040
                         Fax:              (305) 668-9154
                         tkorvick@porterandkorvick.com