UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20299 CR-COOKE / TORRES

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

PEDRO LUIS MARTIN OLIVARES,

Defendants.
_____/

FILED by _____ D.C.
APR 24 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

From at least as early as in and around 2000, and continuing through in and around September 2010, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Venezuela, Mexico, and elsewhere, the defendant,

**PEDRO LUIS MARTIN OLIVARES,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to:

1) distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and

2) possess with intent to distribute a controlled substance in Schedule II on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2).

1

All in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

The allegations contained above are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PEDRO LUIS MARTIN OLIVARES**, has an interest.

Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit all of his respective rights, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____, chief, Cr— Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY

_____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>PEDRO LUIS MARTIN OLIVARES,<br><br>_____ Defendant. | CASE NO. _____<br><br>**CERTIFICATE OF TRIAL ATTORNEY***<br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

✓ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       ___               Petty    ___
   II   6 to 10 days      ✓                 Minor    ___
   III  11 to 20 days     ___               Misdem.  ___
   IV   21 to 60 days     ___               Felony   ✓
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   ___
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   ✓ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   ✓ No

_____
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 549495

*Penalty Sheet(s) attached

REV 10/2013

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** PEDRO LUIS MARTIN OLIVARES

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine with Knowledge That It Will Be Unlawfully Imported Into the United States and to Distribute Cocaine on Board an Aircraft Registered in the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**