Login   Press   Academic Programs   Careers   Internships   About   Donate



SCHOLARS | POLICY AREAS | EVENTS | RESEARCH | BLOG | COMMENTARY | SUBSCRIBE

# AEIdeas

Subscribe to AEIdeas

A public policy blog from AEI

Economics | Foreign and Defense Policy | Politics and Public Opinion | Society and Culture

Carpe Diem | Pethokoukis | TechPolicyDaily.com



**Roger F. Noriega** @rogernoriegaUSA

*August 11, 2015 9:28 am | AEIdeas*

SHARE

# Venezuela: Rise of a narcostate



Foreign and Defense Policy, Latin America   A   A

Venezuela is a narcostate, controlled by senior political leaders and security officials who have used state resources and state-owned companies in the cocaine trade. For example, US authorities have gathered documents and eyewitness testimonies implicating officers of the

in engaging in transactions and money laundering on behalf of cocaine smugglers within the government. Sources also have informed US authorities that the campaigns of the ruling United Socialist Party of Venezuela have been financed by drug-smuggling and money-laundering profits.

### Sign up for The Rundown

A weekly digest of news and analys AEI's Foreign and Defense Studies

Full list of AEI email publications

### What's new in foreign and defense policy

The defenseless "New Europe"

Venezuela's President Nicolas Maduro (C) speaks in front of a poster of late President Hugo Chavez during the Second ALBA-Petrocaribe Summit at the 4F military fort in Caracas, December 17, 2013. REUTERS/Miraflores Palace

Although the Venezuelan regime's complicity in narcotics trafficking has been rumored for years, the depth and breadth of that government's lawlessness was revealed by the Wall Street Journal in a May 2015 article regarding ongoing US federal investigations into several high-ranking Venezuelan officials' involvement in cocaine smuggling.

"A leading target, according to a Justice Department official and other American authorities, is National Assembly President Diosdado Cabello, considered the country's second most-powerful man," the article reported. "There is extensive evidence to justify that he [Cabello] is one of the heads, if not the head, of the cartel," said the Justice Department source, referring to an alleged conspiracy involving military officers and other senior officials.

It may be difficult to understand why a government whose officials have access to vast oil revenues would see the need to be involved in smuggling illicit drugs. According to eyewitness sources, beginning in

of oil revenue for cocaine with the Colombian Fuerzas Armadas Revolucionarias de Colombia (FARC) guerrillas to sustain their war against the

the state's resources at the disposal of his transnational organized-crime network. In addition to



Iran finds the Middle East no friendlier after the nuclear deal



The Super Bowl of combat training



Is Iran's supreme leader really just a politician?

**Related content**

The defenseless "New Europe"

Iran finds the Middle East no friendlier after the nuclear deal

The Super Bowl of combat

encouraging other governments to refuse to cooperate with US antidrug efforts, he used his diplomatic muscle to brazenly defend his criminal allies. In 2009, for example, he rallied regional governments — including the United States, for a time — to demand that Manuel Zelaya, an alleged drug smuggler, be restored to the presidency in Honduras. He also has sustained governments in Bolivia, El Salvador, and elsewhere that collaborate in the illegal drug trade.

training

with FARC, the guerrilla group that has turned its focus from a radical armed struggle to narcotrafficking. As Colombia has taken the upper hand in its conflict with the guerrillas in the last decade, FARC's drug-smuggling operations have been flushed out in the open—as has Venezuela's complicity in these criminal activities.

A 2009 report of the US Government Accountability Office noted, "According to US officials, Venezuelan government officials have provided material support, primarily to FARC, which has helped to sustain the Colombian insurgency and threaten security gains achieved in Colombia." Apparently, by the time that

FARC into his scheme to smuggle cocaine, benefiting his political survival and agenda.

On March 1, 2008, Colombian forces captured the "smoking gun": FARC computer records documenting the intimate role of numerous Venezuelan officials in FARC smuggling activities. The US Department of the Treasury used that information to designate several senior government officials as drug kingpins. Venezuelan intelligence officials Hugo Armando Carvajal Barrios and Henry

*To understand the role Venezuela plays in transnational organized crime threatening the Western Hemisphere, read my full report on this subject here.*

FARC, Honduras, Hugo Chavez, Latin America, Manuel zelaya, Narcotrafficking, Nicolás Maduro, Organized crime, Venezuela,

## Discussion: (2 comments)

### BritBob   August 11th, 2015

As a distraction from their economic woes Venezuela is ramping up her territorial claims to most of neighbouring Guyana. The claim is based on her borders on independence under a customary legal doctrine known as uti possidetis juris. Google: 'Uti Possudetis Juris & Nootka Sound Convention 1790′ to discover why UPJ cannot be used in any territorial dispute with Guyana.



Reply | Share

### Joe B   August 13th, 2015

And Afghanistan is not a narco-state.

What about Mexico?



Reply | Share

## Leave a comment:

Your email address will not be published. Required fields are marked *

**Name ***

**Comment**

**Email ***

**Website**



1150 17th Street, N.W. Washington, D.C. 20036

© 2015 American Enterprise Institute for Public Policy Research