*The New York Times*

 Zika Warning Spotlights Latin America's Fight Against Mosquito-Borne Diseases

 How El Chapo Was Finally Captured, Again

El Chapo's Affection for Actress Is Met With Mockery Online



**AMERICAS**

# Venezuelan Official Is Said to Be Charged in Drug Case in U.S. Court

By NICHOLAS CASEY and WILLIAM NEUMAN    DEC. 15, 2015

- Email
- Share
- Tweet
- Save
- More

On social media, Néstor Reverol, the head of Venezuela's National Guard, has bragged about seizing large shipments of cocaine in raids against drug cartels.

Mr. Reverol, a favorite of the country's former president, Hugo Chávez, previously led the nation's antidrug agency and a minister of the interior.

But American prosecutors say that he has also been on the payroll of narcotics traffickers, tipping them off to raids and even stalling investigations, a person familiar with the federal case against him said on Tuesday.

Charges against Mr. Reverol, along with Edilberto Molina, another former official in Venezuela's antidrug unit, will soon be unsealed in Federal District Court in Brooklyn, according to the person familiar with the case.

The indictment will mark the latest in a



series of charges by United States prosecutors against powerful Venezuelans who the prosecutors say have assumed a large role in the narcotics trade.

Investigators say that the corruption extends to the top levels of the government and that the line between officialdom and the underworld has blurred.

> Earlier this year officials said they were investigating Diosdado Cabello, the head of the National Assembly, considered the second most powerful person in the country. That inquiry involved accusations that Mr. Cabello had been involved with drug shipments to the United States.
>
> Mr. Cabello has strongly denied any wrongdoing and any link to traffickers.



Néstor Reverol, head of the Venezuelan National Guard, in 2010.
Carlos Garcia Rawlins/Reuters

And in November, federal prosecutors in Manhattan charged two nephews of Cilia Flores, the wife of President Nicolás Maduro, with conspiring to transport 800 kilograms of cocaine to the United States.

They were arrested in Haiti.

According to the person familiar with the case, who asked not to be identified given the sensitivity of the legal proceedings, Mr. Reverol received payments from criminal organizations, regularly alerting traffickers about when and where raids were to take place.

Mr. Reverol personally "stopped or hindered investigations" of drug traffickers, using his powerful posts to allow them to operate in Venezuela with impunity, the person said.

American investigators have long accused the government in Caracas of corruption and of being involved in drug trafficking. Mr. Maduro has strongly denied the accusations that government officials are involved in the drug trade and has said the allegations are part of an American plot to undermine his government.

Mr. Reverol and Mr. Molina could not immediately be reached for comment. An official at Venezuela's Information Ministry said that he did not have information about the charges against Mr. Reverol and Mr. Molina.

Mr. Reverol was the head of the National Antidrug Office, a rough equivalent of the American Drug Enforcement Administration, for many years. He was named interior minister by Mr. Chávez in October 2012 and was replaced the following year after Mr. Chávez died and was succeeded by Mr. Maduro.

Mr. Reverol was made commander of the National Guard in October of last year.

ELSEWHERE ON NYTIMES.COM

A Twitter account in his name has boasted in recent months of raids by the National Guard against drug traffickers. A post from Dec. 10 showed a photo of national guardsmen using a crane to uncover a hidden shipment of cocaine in the flatbed of a tractor-trailer.

"Detected by our canine unit," the post says.



**Casseroles for cold nights**

- Sign up for the Cooking newsletter

The National Guard is responsible for protecting the country's borders, though its members, according to people who live along the border, are widely believed to be involved in all sorts of contraband, especially across the long border with Colombia. The contraband could include the illegal export of cheap Venezuelan gasoline, government-subsidized foods like milk powder and corn flour, and drugs.



American officials say that a large portion of the cocaine that leaves Colombia passes through Venezuela. Many drug shipments leave by plane from hidden airstrips in Venezuela and arrive in the United States via Central America and the Caribbean.

The federal case could be another embarrassment to Venezuela's leftists who have vowed to carry on the legacy of Mr. Chávez, who died in 2013. Members of his United Socialist Party were crushed in legislative elections on Dec. 6, which handed the opposition a two-thirds supermajority.

Venezuela's economy, which is expected to contract by 10 percent this year, was the prime cause for the upset. But the opposition also accused the government of endemic corruption after 17 years in power.

In September, federal prosecutors in Miami unsealed separate indictments against Pedro Luís Martín, a former official with the country's intelligence police, and Jesus Alfredo Itriago, a former anti-

narcotics investigator.

The indictments said the men were involved in shipments of cocaine to the United States. The men remain at large.

And in July of last year, officials in Aruba arrested a former Venezuelan intelligence chief, Hugo Carvajal, at the request of the American authorities. Federal prosecutors in the United States said that Mr. Carvajal had taken payments from Colombian drug traffickers and had invested in and coordinated drug shipments.

The Aruban authorities ultimately returned Mr. Carvajal to Venezuela rather than sending him to face charges in the United States, in a setback for American law enforcement officials.

Mr. Maduro of Venezuela denied that Mr. Carvajal was involved in trafficking.

Patricia Torres contributed reporting from Caracas.

A version of this article appears in print on December 16, 2015, on page A4 of the New York edition with the headline: Venezuelan Official Is Said to Be Charged in Drug Case in U.S. Court.

Order Reprints | Today's Paper | Subscribe

# More in Americas »

# Recommended for You »

**TRENDING**

1. Film Shows Clinton Aide's Own Struggle With Anthony Weiner... 

2. Op-Ed Columnist: Time for a Republican Conspiracy! 

3. Hillary Clinton Gets Set for a Long Slog Against Bernie Sanders

4. The Big Search to Find Out Where Dogs Come From 

5. Twitter Experiencing Worldwide Disruptions 

6. Glenn Frey, Eagles Founding Member, Dies at 67 

7. Your Tuesday Briefing: Bernie Sanders, Glenn Frey, Tennis

8. As More Pay by Smartphone, Banks Scramble to Keep Up 

9. [Boots? Marco Rubio Wants to Talk Guns and Football](#) 

10. [Boy's Response to Blasphemy Charge Unnerves Many in Pakistan](#)

[View More Trending Stories »](#)

### The New York Times

**NEWS**

World

U.S.

Politics

N.Y.

Business

Tech

Science

Health

Sports

Education

Obituaries

Today's Paper

Corrections

**OPINION**

Today's Opinion

Op-Ed Columnists

Editorials

Contributing Writers

Op-Ed Contributors

Opinionator

Letters

Sunday Review

Taking Note

Room for Debate

Public Editor

Video: Opinion

## ARTS

Today's Arts

Art & Design

ArtsBeat

Books

Dance

Movies

Music

N.Y.C. Events Guide

Television

Theater

Video Games

Video: Arts

## LIVING

Automobiles

Crossword

Food

Education

Fashion & Style

Health

Jobs

Magazine

N.Y.C. Events Guide

Real Estate

T Magazine

Travel

Weddings & Celebrations

## LISTINGS & MORE

Classifieds

Tools & Services

Times Topics

Public Editor

N.Y.C. Events Guide

Blogs

Multimedia

Photography

Video

NYT Store

Times Journeys

Subscribe

Manage My Account

## SUBSCRIBE

Times Insider

Home Delivery

Digital Subscriptions

NYT Opinion

Crossword

Email Newsletters

Alerts

Gift Subscriptions

Corporate Subscriptions

Education Rate

Mobile Applications

Replica Edition

International New York Times

© 2016 The New York Times Company | Privacy | Terms of Service

Site Map | Help | Site Feedback