

Press    Careers    Internships    For Students    About                    Donate

About                    Donate Now

Leadership                    Individuals

   

# AEIDEAS

Economics    Contact    Foundation    Politics    Health    Foreign and Def

Subscribe to AEIdeas

A public policy blog from AEI

Related Sites

Economics    Foreign and Defense Policy    Politics and Public Opinion    Education    Society and Culture

Privacy Policy

Technology    Carpe Diem    Pethokoukis



**Roger F. Noriega**  @rogernoriegaUSA

December 16, 2015 10:55 am | *AEIdeas*



SHARE

# Fresh evidence of the Venezuelan narcostate

Foreign and Defense Policy, Latin America

A new revelation that US federal prosecutors in New York have targeted the commander of Venezuela's National Guard, Nestor Reverol, for drug trafficking confirms what I told a Congressional subcommittee just

**What to read next:**

- The Americas: Reviewing 2015 and looking ahead

- Opposition's landslide victory challenges leftist rule in Venezuela

- Argentina's road to recovery

- Venezuela: Rise of a narcostate

- Will elections in El Salvador create a narcostate?

last week.

Indeed, in response to questioning by Subcommittee Chairman Jeff Duncan (R-SC), I named Reverol as a central figure in a plot by Nicolás Maduro's regime to rally the military to resist the results of the recent electoral landslide that gave the democratic opposition a supermajority in the National Assembly. My testimony urges US authorities to expose and punish the criminality of senior Venezuelan officials who are seeking to evade the accountability that will come with opposition oversight.



Venezuela's President Nicolas Maduro talks to the media during a news conference at Miraflores Palace in Caracas December 7, 2015. REUTERS/Miraflores Palace.

According to a Reuters report this week, "US prosecutors are

- Will narcostate revelations sober State Department's attempts to coddle Venezuelan regime?

---

## What's new in foreign and defense policy



Cold War II: Should the US embrace high-tech industrial policy to counter China? An AEIdeas online symposium

With Kim Jong Un, There's No 'Win-Win'

Venezuela needs a new government after rigged election keeps socialist criminal Maduro in power

Iraq's election may have had widespread voter fraud

preparing to unveil drug trafficking charges against the head of Venezuela's National Guard (Reverol),… as the United States investigates the suspected involvement of senior Venezuelan officials in the cocaine trade."

My testimony explains that Venezuela's government is a major facilitator and beneficiary of illicit trafficking. The Venezuelan regime's complicity in narcotics trafficking has been rumored for years, but the depth and breadth of that government's lawlessness was only partially revealed by the Wall Street Journal in a May 2015 article on ongoing US federal investigations into several high-ranking Venezuelan officials' involvement in cocaine smuggling.

"A leading target, according to a Justice Department official and other American authorities, is National Assembly President Diosdado Cabello, considered the country's second most powerful man," the article reported. "There is extensive evidence to justify that he [Cabello] is one of the heads, if

Sign up for the Rundow newslet

Also sign me up for AEI This Week, delivered every Saturday morning.

SIGN UP NOW

not the head, of the cartel," said the Justice Department source, referring to an alleged conspiracy involving military officers and other senior officials. The Journal published a similar report in October revealing investigations against Rafael Ramirez, the former president of the state-run oil company and currently Venezuela's Ambassador to the United Nations.

Venezuela's criminality became more difficult to ignore with the November arrest and indictment of two nephews of President Maduro — Franqui Francisco Flores de Freitas and Efrain Antonio Campo Flores — on charges of conspiring to smuggle 800 kilograms of cocaine into the United States. According to sources close to the investigation, the two men, who were traveling on Venezuelan diplomatic passports, implicated both Cabello and Aragua state governor Tarek El Aissami in the smuggling plot. Further reports published last month claim that other Maduro relatives have used

corporate jets belonging to the state-run oil company Petroleos de Venezuela in their illegal drug smuggling operations.

As I told the House Subcommittee on the Western Hemisphere, "Inexplicably, US policymakers appear to be purposely pulling their punches against the Venezuelan narcostate, under the delusion that a strategy of accommodation will either placate the regime or forestall its inevitable implosion…. Sources involved with US investigations against corrupt Venezuelan officials complain that the State Department is seen as an obstacle to law enforcement efforts, as visas for cooperating witnesses have been cancelled or denied without explanation."

The opposition in Venezuela will take control of the assembly in January, with a mandate of restoring order and accountability to the country. For them to succeed, the United States and the international community must support them, rather than seek a policy that props up a narcostate

for the sake of "stability." Exposing the widespread corruption of the Maduro regime has never been more urgent.

---

Corruption, Narcotrafficking, Nicolás Maduro, Venezuela,

**Discussion:** (4 comments)

**John Hayes**    *December 16th, 2015*

Año Nuevo, vida nueva con salud y con prosperidad, Año nuevo, vida nueva nueva, porque Maduro ya se va! Las mujeres y los hombres un besito nos daremos, entre todos cantaremos llenos de felicidad porque Maduro ya se va!

Share

**GLADYS BENSIMON**    *December 20th, 2015*

I agree with Ambassador Noriega. It is time for the US government to act against the Venezuelan narco-leaders who clearly are involve, not only in drug trafficking but also in committing the highest acts of corruption that the country has ever seen. The opposition WILL NOT be able to restore democracy

and the law in Venezuela without external help. Bringing Diosdado Cabello, Tarek El Aissami, Rafael Ramirez and others to justice will help in the crumbling of the regime and perhaps democracy can be restored in Venezuela.

Share

**John Hayes**   *December 16th, 2015*

Año Nuevo, vida nueva con salud y con prosperidad, Año nuevo, vida nueva, porque Maduro ya se va! Las mujeres y los hombres un besito nos daremos, entre todos cantaremos llenos de felicidad porque Maduro ya se va!

Share

**Gonzalo De Sola Ricardo**   *December 23rd, 2015*

We are starting to see light here in Venezuela !!!
The army seems to be aware of the constitution lines from long time loose.
Life to the EEUU !!
Get them soon,this criminals do not care about the people.

Share

Comments are closed.



1789 Massachusetts Avenue, NW, Washington, DC 20036

© 2018 American Enterprise Institute