LOGIN

REGISTER

BIG GOVERNMENT
BIG JOURNALISM
BIG HOLLYWOOD
NATIONAL SECURITY
TECH
VIDEO
SPORTS
THE WIRES
2016 : THE RACE
BREITBART LONDON
BREITBART JERUSALEM
BREITBART TEXAS
BREITBART CALIFORNIA
LOCAL MEETUPS

#2

REUTERS/MARCO BELLO

by FRANCES MARTEL
18 Feb 2016

5

A former Colombian drug lord who has been freed after serving an 18-year sentence in the U.S. prison

system has accused Diosdado Cabello, a senior official in Venezuela's socialist government, of leading a drug cartel that has sold cocaine to the Islamic State and al-Qaeda.

Javier Cardona Ramírez ran a Colombian drug cartel in the 1980s that distributed cocaine to much of the U.S. eastern seaboard and served his term in Brooklyn. Through connections still in jail or the drug trade, Cardona Ramírez insists that Venezuela's Cartel de los Soles has almost complete control of the cocaine trade in the region, and that it is headed by Cabello. Cabello, he said in an interview this week, "is Venezuela's biggest drug trafficker" and comparable to Mexico's Joaquín "El Chapo" Guzmán. He claims he personally bought 700 kilos of cocaine from the Cartel de los Soles while still smuggling drugs into the United States.

The Cartel de los Soles sells cocaine to Africa, according to Cardona Ramírez. "It is stocked and cared for [in Africa] by Al Qaeda and the diabolical terrorist group ISIS," he claims, "who stock tons of cocaine."

In addition to Cabello, Cardona claims his brother, José David Cabello, and Venezuelan Colonel Hugo Carvajal run the Cartel de los Soles. "These individuals are moving between 40 and 50 tons of cocaine a month, using the Venezuelan National Guard," Cardona said, stating that they buy the product from the Revolutionary Armed Forces of Colombia (FARC), the world's third wealthiest terrorist organization, after the Islamic State and Hamas.

Cardona was careful not to implicate Venezuelan President Nicolás Mauro, whom he called "a great fool" who should know of Cabello's activities but who maintains a distance from the drug operation being run through his government.

Diosdado Cabello served as the head of Venezuela's National Assembly for years under Maduro, losing his position in December 2015 following a historic election where the anti-socialist opposition won the majority in the legislature. While president of the legislature, Cabello served as the nation's second-in-command, ready to succeed Maduro should any tragedy befall him.

Cardona has been out of prison for more than a year and claims to have become an evangelical Christian. He is the author of a book, *The Narco Rescued from Hell*, and dedicates himself to giving talks at churches and youth groups urging young people to stay away from the drug trade. He lives in Miami.

He is not the first to accuse Cabello of running the Cartel de los Soles, one of the largest drug smuggling organizations in the Americas. Former Assistant Secretary of State for Western Hemisphere Affairs under George W. Bush, Roger Noriega, accused Cabello of using money from the Cartel de los Soles to fund Maduro's re-election campaign in 2014. Again, Noriega claimed Maduro was willfully ignorant of these activities and had no major role in drug trafficking.

Leamsy Salazar, a former bodyguard to late dictator Hugo Chávez, accused Cabello of running the Cartel de los Soles upon defecting to the United States last year. Francisco Flores de Freitas and Efrain Antonio Campo Flores, President Maduro's nephews, claimed they were attempting to sell 800 kilograms of cocaine in Haiti on Cabello's behalf upon being arrested last year. They later claimed the drugs belonged to former Minister of the Interior Tarek El Aissami.

Cardona's accusation is the first that links the Venezuelan government to Sunni radical Islamism. Maduro's government has well-documented ties to Alawite Shiite Bashar al-Assad in Syria and enjoys warm relations with the terror state of Iran. Multiple sources have accused the Venezuelan government of aiding Hezbollah. A former diplomat at the Venezuelan embassy in Baghdad claimed he was forced to forge Venezuelan documents in the names of Hezbollah operatives, allowing them to travel freely in the West. Another report claimed the Cuban government was manufacturing Venezuelan passports for the use of non-Venezuelan citizens tied to Hezbollah. Spanish reporter Emili J. Blasco claimed in his book, *Boomerang Chávez*, that Maduro met with senior Hezbollah leader Hassan Nasrallah and agreed to issue hundreds of passports to Hezbollah operatives in 2007.

The Islamic State has been documented to use drugs liberally to keep its young jihadis in battle. A report this week claimed Islamic State leaders regularly used a banned substance called fenethylline, or Captagon, to help terrorists with sleep deprivation and depression in Mosul, Iraq. "ISIS is using special tablets, the fighters take the drug and they don't know where they are or what they are doing. They are just shooting and fighting," one report claimed.

Last year, captured Islamic State terrorists admitted to using Xanax in battle, which would make them think "tanks are birds that you could annihilate with your sword." Law enforcement have also found cocaine in the homes of captured or killed Islamic State leaders.

Read More Stories About:

National Security, ISIS, Iran, Jihad, Middle East, Islamic State, terrorism, Al Qaeda, radical islam, Bashar al-Assad, Cuba, Venezuela, Nicolas Maduro, Drug Trafficking, Drugs, Colombia, Cocaine, FARC, illegal drugs, Diosdado Cabello, Drug Cartel

 TWEET                     SHARE

## We Recommend

Sponsored Links    by Taboola



**You'll Never Go Back to a "Normal" Belt After You See This**
SlideBelts



**Holy Cow! These 8 Celebs Have Got HUGE!**
NewsFruit.com



**30 Jaw-Dropping Female News Anchors From Around The World**
Time To Break



**This Hyena Was Cornered By A Pack Of Wild Dogs, But What It Does Next Is Genius**
FuzzFix



**Guess Who's About To Go Bankrupt Next In America?**
Stansberry Research



**It's Hard To Believe These Stars Are Single**
Your Daily Dish







Colombian Drug Lord: Venezuela's Former #2 Sold Cocaine to Islamic State - Breitbart
Case 8:09-cv-02308-CEH-AAS   Document 1115-14   Filed 06/10/18   Page 4 of 12
PageID 23664



**Back In The Good Ole Days! Can You Recognize Any Of These Celebs From Old Photos?**
MyCelebFeed



**15 Figures Who Can't Be Explained in Photographs**
ItsAboutTheBuzz.com



**Shell on wheels: This egg-shaped camper wraps modern comforts in retro style**
Digital Trends



**Engineering A Mosquito To Help Fight Zika Virus**
Reuters TV



**10 SUVs Under $25,000 Raising the Bar for Fuel-Efficiency**
Kelley Blue Book

**This Is Why You Don't Mess With The US! Watch What Happens**
HolyHorsepower

**Buying Glasses? This Brand Delivers Higher Quality, For Less**
Warby Parker | Home Try-On

**10 of the Richest Cheapskates of All Time**
Money.com

## Man Cheats Credit Score

thecreditsolutionprogram.com

1 simple trick & my credit score jumped 217 pts. E

## Franchises under $10,000

franchise.franchisegator.com

Franchises for less than $10K, 100's of low cost...

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit [Breitbart's Facebook Page](#).

**5 Comments**       **Breitbart News Network**                                                              ⊠  Login ▾

⌂ Recommend          ⤴ Share                                                                           Sort by Oldest ▾

Join the discussion…

**Tom Aman** • 6 hours ago

More propaganda.. ISIS would execute anyone using cocaine

△ ▽ • Reply • Share ›

> **RADMIL** > Tom Aman • 5 hours ago
>
> Yeah probably. But they do sell opium
>
> △ ▽ • Reply • Share ›

> **midwaybears** > Tom Aman • 2 hours ago
>
> Fool. Just like any respectable drug dealer or trafficker, they [ISIS] are not doing the dope themselves. Or even distributing it to people in IS-occupied lands. They [jihadis] traffic it to people who do, primarily in Europe and Asia. This is a major, largely under-reported and misunderstood part of how terrorist organizations are funded. Also it's not new, or else Noriega would have never gone on a tour of world prisons (U.S., France, Panama) since being deposed by H.W. Bush. Furthermore, North Korean dissidents have admitted to drug trafficking through North Korean embassies in Europe.
>
> △ ▽ • Reply • Share ›

**TruthFinderXXX** • 5 hours ago

I think we should supply them with pure product.

1 △ ▽ • Reply • Share ›

---

**ALSO ON BREITBART NEWS NETWORK**                                                                    WHAT'S THIS?

**Vatican: Pope Francis' Comments About Donald Trump Not 'Personal …**
1321 comments • 2 hours ago •

　**AlienRants** — The Pope walked right through an open door. He's a grown man. The backpedaling is pathetic.

**Ted Cruz Ad Hits Marco Rubio Over Immigration**
306 comments • 2 hours ago •

　**grumpy** — any minute now rubioboma will be screaming that cruz lies...

**Donald Trump Warns: 'The Republicans Are Already**




*advertisement*

## BREITBART VIDEO PICKS



White House: U.S. asking Apple for access to a single device only stealth Reuters

More videos:

  

## YOU MIGHT LIKE

Sponsored Links



**Are you a strategic thinker? Test your skills with millions of…**
Sparta - Free Online Game



**15 of the Most Striking Female Poses**
AllAboutTheBuzz.com



**A Busy Mom Tried Nutrisystem: Here's**



**Road Rage Fight Caught On Video -**

**What Happened**
Popdust for Nutrisystem

**Bystanders Thankful …**
HolyHorsepower

by Taboola

**Local FL Counties with the Most Democrat Voters**
Miami Dade County, FL
#1
**540,776 Votes**
In the 2012 Presidential Election
SEE THE LIST

COUNTIES WITH THE MOST DEMOCRATS - PRESENTED BY

advertisement

## NEWSMAX

- Lotto Winners Do This Before Buying a Ticket
- Barbara Walters Refuses to Return to the View, Due to This Secret
- How Melissa McCarthy Shed a Shocking 50 Pounds in 30 Days
- Congress Kills $11 Billion in Social Security Benefits
- Obama Signs Law Banning $11 Billion in Social Security Benefits
- New Social Security Law. Did You Win or Lose?
- Changes to Social Security Hit April 30th: Here's What to Do

# MOST POPULAR

**Donald Trump On ObamaCare: 'I Like the Mandate'**
*4,392 comments - 5 hours ago*

**Poll: Trump Lead in South Carolina Drops to 5**
*4,081 comments - 5 hours ago*

**Vatican: Pope Francis' Comments About Donald Trump Not 'Personal Attack or Instruction on How to Vote'**
*1,605 comments - 2 hours ago*

**Border Wall: Pope Attacks Donald Trump: 'Not Christian' — Trump Responds**
*18,482 comments - 1 day ago*

**Marco Rubio Cancels Conservative Review Event Appearance Five Minutes Before His Speech**
*7,256 comments - 16 hours ago*

**Donald Trump Predicts Germany's Merkel Will 'Be Out if They Don't Have A Revolution'**
*1,408 comments - 4 hours ago*

**Ted Cruz's Eligibility Case Being Heard In Illinois Court**
*829 comments - 2 hours ago*

**Mark Levin Launches Commercial Free, Uncensored Television Show**
*5,439 comments - 20 hours ago*

**\*\*\*2016 Horse Race Live Updates\*\*\***
*18,030 comments - 3 days ago*

**Donald Trump Warns: 'The Republicans Are Already Weakening' on Appointing Obama's Supreme Court Nominee**
*432 comments - 2 hours ago*

# FROM THE HOMEPAGE



**Vatican: Pope Francis' Comments About Donald Trump Not 'Personal Attack or Instruction on How**



**\*\*\*Horse Race LiveWire\*\*\* 1 Day to South Carolina: Pope Francis Shifts the Race's Focus**

 **401** *Comments*

to Vote'

**1,605** Comments



Ted Cruz Ad Hits Marco Rubio Over Immigration

 **302** Comments



Donald Trump Warns: 'The Republicans Are Already Weakening' on Appointing Obama's Supreme Court Nominee

 **432** Comments



Ted Cruz's Eligibility Case Being Heard In Illinois Court

**829** Comments



Blue State Blues: Obama's Cuba Visit an Historic Surrender

 **123** Comments



Gov. Mike Pence: DC's Taxes and Regulations Hurting American Jobs

 **43** Comments



Rubio on DACA: 'I Will, On My First Day In Office Get Rid of It'

 **100** Comments



Dem Rep Clyburn: 'There's Not Going To Be Any Free Education' In My Lifetime

 **120** Comments



Donald Trump on NY Times: 'Very Rich Mexican' Carlos Slim 'Owns a Big Chunk of the Paper,' 'Has a Lot of Power Over the Paper'



Trump: I'll Send Cease-and-Desist Letters to China, Mexico

 **271** Comments

**558** *Comments*



**Donald Trump On ObamaCare: 'I Like the Mandate'**

**4,392** *Comments*

**Mexican-Owned NY Times Uses Papal Visit as Stick to Beat American Conservatives**

**39** *Comments*

**'Would You Rather Your Child Had Feminism or Cancer?'**

**127** *Comments*

**Marco Rubio Cancels Conservative Review Event Appearance Five Minutes Before His Speech**

**7,256** *Comments*



**Donald Trump Predicts Germany's Merkel Will 'Be Out if They Don't Have A Revolution'**

**1,408** *Comments*



**Poll: Trump Lead in South Carolina Drops to 5**

**4,081** *Comments*

**'Race, Class, Gender' Fail: Larry Wilmore's Ratings Sink 55% Below Colbert**

**50** *Comments*

**Leftwing Professor Calls Campus Police on 'Fascist' Conservative Student Group**

**336** *Comments*

**Mark Levin: Marco Rubio Skipping CR Event 'Shows Enormous Disrespect and a Lack of Class'**

**589** *Comments*

## SEND A TIP

**SEND A TIP**

SIGN UP FOR OUR NEWSLETTER

**SEND ME THE LATEST**



*advertisement*



**Cities with the Least Property Crimes in the**
East Cleveland, OH

#1

**14 Crimes**
In 2012

SEE THE LIST

LEAST PROPERTY CRIME BY CITY - PRESENTED BY







Copyright © 2016 Breitbart

> ADVERTISE WITH US

## EXPLORE BREITBART

- > Big Government
- > Big Journalism
- > Big Hollywood
- > National Security
- > Tech
- > Video
- > Sports
- > The Wires

- > London
- > Jerusalem
- > Texas
- > California

- > The Conversation
- > Privacy Policy
- > Terms of Use
- > Breitbart Jobs

## CONNECT

       

SUBSCRIBE TO THE BREITBART NEWSLETTER ↪

Switch to Full Site

Copyright © 2016 Breitbart