

# Kingpins and Corruption

## TARGETING TRANSNATIONAL ORGANIZED CRIME IN THE AMERICAS



**AEI WORKING GROUP ON TRANSNATIONAL ORGANIZED CRIME IN THE AMERICAS**

JUNE 2017

AMERICAN ENTERPRISE INSTITUTE

© 2017 by the American Enterprise Institute. All rights reserved.

The American Enterprise Institute (AEI) is a nonpartisan, nonprofit, 501(c)(3) educational organization and does not take institutional positions on any issues. The views expressed here are those of the author(s).

# Contents

Executive Summary ............................................................................................................................. 1

I. US Policy Tools for Combating Transnational Organized Crime.............................................. 5

II. Colombia: Securing Genuine Peace ........................................................................................ 11

III. Venezuela: A State Destroyed by Crime and Corruption ........................................................ 18

IV. Confronting the Iran-Hezbollah Threat in the Western Hemisphere.................................... 26

V. The Criminalized State in Latin America................................................................................. 32

VI. Instability and Gangs in the Northern Triangle ..................................................................... 37

VII. Modernizing Security Cooperation with Mexico .................................................................. 42

AEI Working Group on Transnational Organized Crime in the Americas ................................. 49

Acknowledgments ........................................................................................................................... 50

Notes ................................................................................................................................................ 51

# Executive Summary

Transnational organized crime resides at the heart of nearly every major threat confronting the Americas today, whether it is the deadly opioid crisis hurting US communities, the catastrophic collapse of oil-rich Venezuela, or debilitating gang violence throughout Central America, which spills over into the streets of American cities. These crises can be traced to criminal networks that garner billions from the production of illicit drugs, human trafficking, and extortion.

These organizations relentlessly attack democratic institutions and the rule of law, stunting economic growth and stifling legitimate commerce and investment. Their criminal networks, largely bankrolled by consumers of illicit drugs in the United States and Europe, respect no borders and operate with virtual impunity in countries ravaged by corruption and violence.

Disrupting those transnational operations requires international cooperation, and for decades, US aid and diplomacy has prioritized this partnership. Regrettably, political developments have undermined the willingness or capability of key states in the Western Hemisphere to effectively implement efforts against transnational organized crime.

Now, more than ever, the United States must work with regional allies to restore the hemispheric coalition against transnational organized crime. US policymakers can lead the way by applying asymmetrical tools, such as financial sanctions targeting transnational organized crime kingpins and corrupt officials, and working to enhance local enforcement capabilities and promote economic development. Such proactive engagement signals US resolve to confront the transnational organized crime threat and levels the playing field for states that lack the resources to confront these powerful syndicates.

This report focuses on the threat posed by transnational organized crime in the Americas, elucidating a series of effective policy prescriptions for Congress and the Trump administration. The report's seven sections present an overview of tools available to the government and spotlight transnational organized crime threats that demand more attention and action from US authorities.

- The US government has the means and legal framework to counter transnational organized crime. However, effectively implementing such policy will require strong political will and the proper allocation of resources.

- As Colombia begins implementing its peace accord with the Revolutionary Armed Forces of Colombia (FARC), dissident guerrillas and the country's other organized criminal groups threaten to undermine this major undertaking. These dissidents' deep ties to demobilized FARC leaders and the cocaine trade, their international connections, and their historical control over a significant portion of the FARC's financial assets demand special attention.

- ==Venezuelan government officials are actively involved in international crime and using state resources, including military assets, to support illicit activities such as money laundering and drug smuggling.== These officials also have collaborated with extra-regional actors such as Iran and Hezbollah, incorporating them into their criminal networks.

- Iran has gradually increased its official profile and influence in Latin America in recent years. Connections to Lebanese Shi'a expatriate communities enable Iran and its proxy Hezbollah to operate clandestinely in the region. Hezbollah's

- integration into the region's existing transnational criminal networks poses a severe threat to US and regional security.

- The adaptability, endurance, and ruthlessness of gangs in Central America make them a unique transnational criminal threat that destabilizes the region. Gangs such as MS-13 are working to diversify their criminal activity, integrating themselves into drug trafficking operations and even political activity, with mixed results.

- Corrupt officials in Central America actively participate in and support a larger network of international illicit financing and smuggling. In El Salvador, Farabundo Martí National Liberation Front leader José Luis Merino acts as the country's primary "fixer," using his influence and international connections to finance and launder money for drug traffickers and corrupt Venezuelan officials.

- Despite concerted government efforts, violence and associated mortality rates have spiked in Mexico in recent years. New approaches and honest recognition of underlying causes by both the United States and Mexico are required to effectively confront the threat.

## Key Findings and Recommendations

- Key enforcement mechanisms and policy options available to the US government to counter transnational organized crime remain underused and under-resourced. The US government should reevaluate the allocation of resources involved in countering transnational organized crime in the Americas. It should also more aggressively use enforcement mechanisms at its disposal (such as sanctions and criminal prosecution) to degrade threat networks and promote regional security and development cooperation.

- To ensure the prospects for peace in Colombia, the US government should target, seize, and repurpose illicit funds hidden abroad by the FARC. It should ensure that these funds are devoted to the successful implementation of the peace agreement. At the same time, it should support Colombia's security forces seeking to deny criminal groups the opportunity to fill the void left by the FARC's eventual demobilization.

- US policymakers should continue applying sanctions against key Venezuelan officials whose criminal activities help sustain the authoritarian regime. Sanctioning officials such as Diosdado Cabello would further expose the regime's rampant criminality and undercut its oppression of the Venezuelan people.

- Latin American states that lack counterterrorism legal frameworks could benefit from US assistance in developing a legislative agenda to address this problem. The US government can also expand its own legislation, including the Hezbollah International Financing Prevention Act of 2015, to better target terror groups operating in Latin America.

- To dismantle criminalized state structures, the US should target their key enablers, including Salvadoran kingpin José Luis Merino, with financial investigations and sanctions. It should also support the anticorruption efforts of attorneys general and advocate for adopting internationally backed anticorruption bodies.

- The United States can help address the roots of the gang problem in the Northern Triangle countries of Central America by helping them overhaul their overcrowded and unsecure prison systems and coordinating with them on deporting and reintegrating gang members. It also should work with local governments to address underlying causes of proliferating gang membership and violence.

# II. Colombia: Securing Genuine Peace

For decades, Colombia has faced extraordinary challenges as ground zero in the hemispheric fight against transnational organized crime. However, determined Colombian leadership, with support and cooperation from the United States, has made dramatic gains in the struggle against criminal groups. The peace accord with the FARC, Colombia's largest TCO, brings new challenges and opportunities for the fight against organized crime, requiring continued vigilance and cooperation from the United States.

Throughout much of the past century, Colombia has been plagued by illegal guerrilla forces and notorious cocaine cartels. Beginning in the mid-1990s, the FARC outgrew its traditional supportive role in the drug trade, metastasizing into one of the world's most powerful and multifaceted TCOs and thriving off the illegal drug trade, human trafficking, illegal mining, and other illicit activities. The FARC became the world's largest producer of cocaine, and Colombia's criminal structures have since become integral components of a global drug trafficking network that threatens the security and well-being of dozens of nations. Confronting this threat at its roots requires the political will of Colombia and the backing of the United States, whose demand for illicit drugs fuels this lawlessness.

Today, the US-Colombia bilateral relationship is one of the most important partnerships in the fight against transnational organized crime in the Americas. Under Plan Colombia, both governments have worked together for more than 15 years to fight back against the narco-terrorist threat that once brought Colombia to the brink of failed statehood. Between FY 2000 and FY 2016, the US Congress appropriated



*US Marine General Joseph F. Dunford Jr., chairman of the Joint Chiefs of Staff, meets with Colombian President Juan Manuel Santos in Bogota, Colombia, on March 10, 2016*

Source: Chairman of the Joint Chiefs of Staff, Flicker, http://bit.ly/2rnSp0K.

---

Special thanks to Douglas Farah for his contributions to this section.

**KINGPINS AND CORRUPTION**

more than $10 billion in aid under Plan Colombia and successive strategies.29

US security, economic, and intelligence assistance provided under the plan were essential, as the Colombian government increased its capacity to reduce coca cultivation, promote alternative economic development, study and dismantle FARC networks, and greatly extend the state's presence.30

President Juan Manuel Santos has dedicated his administration to what he views as the next phase for Colombia's development—a negotiated peace with the country's guerrilla groups. After years of turbulent negotiation, the government signed and ratified a controversial final accord with the FARC in late 2016, despite serious concerns about the accord's implications for human rights, justice, and Colombian democratic institutions. The agreement provides the framework for the demobilization and reintegration of nearly 7,000 FARC guerrillas and plans for the FARC's eventual participation in the political process.

Serious concerns remain about the FARC's compliance with the accord, such as the processes of surrendering weapons, declaring assets, submitting to "transitional justice," and ending the criminal activities of FARC dissidents. In part due to de facto concessions the government made during the negotiations, coca production has skyrocketed in recent years, and Colombia remains a source and transit point for drugs and a base for criminal networks. Multiple organized criminal groups remain active in Colombian territory, ready to exploit any vacuum left by the FARC's shrinking role. The US-Colombian alliance and cooperation against organized crime are thus as important as ever; however, changing political realities and the evolution of organized criminal groups in Colombia require an honest assessment of the continued threat and Colombia's ability to adapt to new challenges.

## Transnational Criminal Activity in Colombia

Transnational criminal groups in Colombia have thrived in massive areas of remote, inaccessible, and ungoverned territory and under the protective cover offered by its geographical features. In Colombia, coca and opium production and cocaine and heroin trafficking have been the primary sources of income for criminal groups. The central government's weak presence and the country's significant natural resources also have allowed these groups to expand into illegal mining, illegal logging, extortion, and human trafficking.31 "Self-defense" paramilitary groups created to combat the Marxist-Leninist guerrillas assumed a role in the drug trade, and the bloody confrontation created a lawlessness that challenged the political institutions of South America's oldest democracy.

This threat was reduced significantly through former President Álvaro Uribe's Democratic Security Policy, backed by Plan Colombia. The FARC went from an estimated fighting force of 20,000 guerrillas to fewer than 8,000 in just a decade.32 The government was able to expand its presence and dramatically degrade the ability of the FARC and other criminal groups to operate freely. While these criminal groups' potency has been greatly reduced, as some have pledged to terminate their illegal activities, others remain actively involved in illicit drug trafficking and related criminality.

Colombia's criminal groups, particularly the Marxist narco-terrorist groups such as the FARC and the National Liberation Army (ELN), also have benefited from the assistance of a corrupt and ideologically sympathetic Venezuelan government. The regimes of President Hugo Chávez and his successor Nicolás Maduro have provided weapons, funding, and cooperation for drug trafficking operations and safe haven for guerrillas evading the Colombian military. There are multiple reports of the Venezuelan military aiding drug traffickers in moving their products through Venezuelan territory and onward to markets in the United States and Europe. There have even been reports of guerrilla leaders using the resources of Venezuelan state entities.33

For years, the FARC was Colombia's largest and most dominant TCO. However, many others have carved out significant roles in the hemisphere's illicit criminal networks. Facing the threat of Plan Colombia and a Colombian government with enhanced capabilities and resources, criminal groups have shown their ability to evolve and adapt. These groups pose a serious threat to

peer pressure and economic incentives.41 This plan is aimed at rural communities where otherwise peaceful farmers grow coca for the FARC and other criminal groups. The government argues that its strategy will be more effective in pacified areas where local economies and the market for alternative products can flourish. Colombian courts, however, have opened the way to reinstating fumigation, perhaps with an alternative herbicide.

Key tests of the Colombian government's commitment to strictly enforcing the peace process will be whether it resumes aerial eradication, which might be required to drive down coca cultivation; makes good-faith efforts to detect and seize FARC assets; ensures that security forces have the resources to confront FARC dissidents and other criminal groups; and denounces violations of the accord when they occur.



*A coca plant*

Source: C Wood, Flickr, http://bit.ly/2rnPUvr.

### FARC Compliance

Another complication of the peace process is so-called FARC dissidents. History has shown that a certain level of noncompliance from elements of the FARC was to be expected in implementing the peace agreement. When Colombia reached a peace agreement with paramilitary groups in 2006, numerous difficulties with compliance followed, as subgroups chose to remain involved in their criminal activities rather than demobilize. Similarly, it now appears that hundreds of active FARC dissidents have chosen not to abide by the peace accord.44

While the vast majority of the FARC's dissidents were expected to be absorbed into the ELN, the BACRIM, or one of the other criminal organizations in the region, it now appears that a significant group of FARC dissidents plans to remain independent from existing criminal groups, carrying on their original political mission, insurgency, and criminal activities. Multiple incidents provide evidence of their continued activity, including coordinated attacks against the military and the recent kidnapping of a United Nations observer from the Office on Drugs and Crime.45

### FARC Dissidents

In December 2016, a group of five combat-hardened FARC leaders declared they would not disarm and demobilize, as required by the recently signed peace agreement. In response, the FARC general secretariat claimed to have expelled the five commanders and their followers from the guerrilla movement.46 According to Colombian police, some 300 FARC combatants accompanied the dissident commanders into the jungle. The dissident group carried out its first attack on Colombian military forces in April 2017, killing one soldier and wounding four others.47

A closer examination of these commanders reveals deep ties to the cocaine trade, illegal gold mining, and international relationships, which distinguish them as a high-level, operational group that controlled a significant portion of the FARC's financial assets. Cocaine trafficking and illegal gold mining yield hundreds of millions of dollars a year in profits, and some of the most lucrative elements of that financial structure were in the hands of these dissident leaders. Interestingly, while the FARC sent its own troops to track down and attack smaller units that attempted to defect and remain in the field, the FARC secretariat directed no such actions against these five "dissidents."

According to experts with long-standing relationships with Colombia's security forces, the leadership of the military and intelligence services remains deeply skeptical of the true separation of the dissident group from the rest of the FARC—partly because of the leaders involved in the movement and the FARC secretariat's muted reaction to the group's declaration of rebellion. Many experts believe that, if the group were truly a dissident faction, the FARC secretariat would have taken much stronger action to prevent the loss of the FARC's economic structure, which is vital to its future political plans.[48]

Prominent among the dissidents is Miguel Santanilla Botache (nom de guerre Gentil Duarte), a 36-year-old FARC veteran who was a member of the high command (Estado Mayor) and participated in the peace talks in Havana. Santanilla Botache commanded the FARC's 1st Front in the Guaviare Department, the historic base of FARC cocaine production. He had been a member of elite FARC units that kidnapped and extorted ranchers and businessmen in his areas of operation. He also was in charge of the guerrilla group's high-value hostages and was known for his cruelty toward captives.[49] An internal Colombian military assessment of Santanilla Botache said "neutralizing" him would "destabilize the FARC's financial apparatus" derived from kidnappings and drug trafficking of the Eastern Bloc (Bloque Oriental), according to a source with access to army deliberations.[50]

Another notable figure among the dissidents is Géner García Molina (nom de guerre Jhon 40), a senior commander and special forces leader who is widely viewed by Colombian intelligence as one of the FARC leaders most directly involved in high-volume cocaine trafficking activities through Venezuela.[51] Military and police intelligence describe García Molina as a FARC leader who held ostentatious parties and other activities generally more associated with drug traffickers than guerrillas. The FARC had been unwilling to discipline him for this behavior, despite repeated threats to do so, because of the economic power he derived from cocaine smuggling.[52]

In addition, García Molina was the key tie to Mexican and Central American drug trafficking organizations, particularly those tied to the Bolivarian movement in Nicaragua and El Salvador. Because of all these ties and his hands-on administration of the cocaine business, the governments of Colombia and the United States both viewed him as a high-value target.[53] An internal Colombian military assessment of García Molina said he exercised "leadership in planning financial actions to benefit the Eastern Bloc (Bloque Oriental) and external drug trafficking networks."[54]

A third major figure in the dissident faction was Ernesto Orjuela Tovar (nom de guerre Giovanni 42), who was commander of the FARC's 16th Front and one of the key organizers of the FARC's civilian support and significant drug trafficking activities. An internal Colombian military assessment of Orjuela Tovar said he "directly handles and moves money from drug trafficking across the Colombia-Venezuela border."[55]

The Guaviare dissident group is not the only FARC faction refusing to demobilize, but it is by far the most important and influential—and perhaps the one that retains the closest clandestine ties to the leadership of the nascent FARC political movement.

## Recommendations

The merits of peace are clear, and the fact that an agreement to demobilize the FARC is even possible shows the wisdom of past US support and cooperation with Colombia. Nonetheless, many threats and

challenges remain. Verification of FARC compliance and aggressive targeting of criminal groups such as the ELN, Clan del Golfo, and FARC dissidents are essential to a sustainable peace. As US policymakers contemplate the most effective ways to support Peace Colombia, they should consider the importance of closing spaces in which these groups operate and blocking the filtration of illicit funds into Colombian politics.[56]

The United States should work with the Colombian government to ensure that the void left by the FARC's absence is not reoccupied by rival criminal groups. Additionally, any remaining ties between FARC dissidents and the demobilized FARC leaders should be closely investigated, as they could significantly threaten the stability of Colombian democracy and the peace agreement's viability.

Hidden FARC assets also threaten compliance. However, the difficulty of finding these assets should not be underestimated. By working closely with Colombian authorities and using its clout in the international financial system, the United States can significantly contribute to the peace process by thwarting any attempts by the FARC to capitalize on the funds and illicit activity of its members who remain at large. The United States can multiply the benefits of seizing hidden FARC funds by repatriating them to support the peace agreement and victim reparations.

# III. Venezuela: A State Destroyed by Crime and Corruption

The Venezuelan state is permeated by transnational organized criminal activity. Elements of the national government directly manage and support drug trafficking, money laundering, terrorism financing, support for guerrilla movements, and international corruption. In many cases, the very officials and institutions that in other states would normally be responsible for policing and suppressing these activities are directly engaged in committing or abetting these crimes. While some have informally dubbed Venezuela a narco-state, the moniker highlights only one aspect of a wider criminal enterprise. Today in Venezuela, no internal force is capable of confronting this pervasive criminality, making international oversight and enforcement measures indispensable.

The spread of corruption and criminality throughout the government has been facilitated by the centralization of power under the presidency; the politicization of the military and the judiciary; and the breakdown of transparency, accountability, and the separation of powers, which began under former President Hugo Chávez and has continued under current President Nicolás Maduro.

This concentration of authority in the hands of an ideological cadre has coincided with a similar consolidation of control over economic activity, through the heavy regulation of imports, the politicized management of producing and exporting oil (the country's largest and most lucrative export), and the gradual takeover of the private economy. This consolidation of power has abetted institutionalized corruption, whose breadth and depth is virtually unprecedented in Latin America.

Unscrupulous officials have turned Venezuela's state-run oil giant, Petróleos de Venezuela, S.A. (PDVSA), and its opaque balance sheet into an instrument of corruption. In a rare episode of scrutiny, in early 2015, Venezuelan authorities arrested a senior PDVSA official and former employee on corruption charges, including "administrative



*Venezuelan President Nicolás Maduro*

Source: Wikimedia, http://bit.ly/2tuNAn5.

---

Special thanks to Ambassador Michael Skol, Boris Saavedra, Ambassador Roger F. Noriega, and Martín Rodíl for their contributions to this section.



*A Venezuelan National Guard VN-4*

Source: Wikimedia, http://bit.ly/2sAlCd6.

irregularities in contracting companies for the distribution of gasoline."57 Nonetheless, in October 2016, the chairman of the Comptroller's Commission of the opposition-controlled National Assembly estimated that $11 billion had gone missing from PDVSA between 2004 and 2014.58 Yet the man who should be accountable for these funds, former PDVSA President Rafael Ramírez, is protected by his loyalty to the ruling United Socialist Party (PSUV) and serves as Venezuela's ambassador to the United Nations.59 The politicized Venezuelan judiciary has also nullified inquiries into PDVSA's finances launched by the National Assembly.60

Official corruption extends well beyond PDVSA. In 2015, the US State Department sanctioned roughly 60 low-level Venezuelan officials for their complicity in human rights abuses or public corruption.61 The Venezuelan public also is aware of this corruption, with a clear majority believing that government policies have enabled a host of corrupt enterprises, including black-market currency exchange and smuggling of other basic goods.62 Perhaps unsurprisingly, Venezuela currently ranks 166 out of 176 countries on Transparency International's Corruption Perceptions Index.63

This rampant criminality and corruption has caused the economy and basic public services, from hospitals to policing, to collapse.64 A once-wealthy country has been transformed into a poor one, with only a handful of the lawless elite left prospering.

The handmaiden of corruption and other criminal enterprises in Venezuela is money laundering. When oil prices were more than $100 per barrel, Venezuela was arguably the largest state money launderer in the world. While PDVSA accounted for a significant portion of this corruption, billions more dollars were lost to fraudulent import schemes.65

# KINGPINS AND CORRUPTION



*Illustration from US Southern Command showing suspected drug smuggling flights into and out of Venezuela*

Source: US Southern Command, http://bit.ly/2sAyj7w.

This process not only created an elite class of politically well-connected entrepreneurs, known as "boliburgueses," but also placed Venezuelan resources in the service of criminal regimes and narcotics trafficking organizations. The United States continues to be directly affected, as billions of dollars have been illicitly funneled into US real estate, banks, and even Treasury bonds.[66]

## Drug Trafficking

Venezuela is a natural corridor for cocaine exports to the United States and European markets. This trafficking exploded in late 2005 when Chávez decided to intensify his regime's support to Colombian guerrillas by turning Venezuela into a major transport hub for cocaine produced by the FARC and other narcotics trafficking groups.[67]

A Venezuelan defector explained to US authorities that he was present in a clandestine meeting held in the State of Barinas in late 2005 in which Chávez personally committed millions from PDVSA coffers to FARC commanders to fund their offensive operations against the government of Colombian President Álvaro Uribe.[68] Chávez's motive was primarily political, but assuming a direct role in marketing FARC cocaine converted his government into a criminal enterprise. In this period, senior *chavista* leaders became more interested in sustaining this

lucrative corruption than in governing or managing the economy.

A decade later, Venezuela's rampant corruption and money laundering schemes are integral elements of international narcotics trafficking operations. In addition to looting the coffers of state-owned entities, corrupt officials in the regime use state personnel, vehicles, and aircraft to smuggle illegal drugs. Multiple elements of the military are used to facilitate the movement of drugs from Bolivia, Colombia, and Ecuador through the Caribbean, Central America, and Mexico to the United States and Europe. An estimated 200 metric tons of cocaine move through Venezuela per year, and roughly two-thirds of that total is destined for the United States.69

*Testaferos* (front men) outside of the government work with officials to launder cocaine profits by putting cash into state-owned bank accounts, purchasing convertible US-dollar-denominated PDVSA bonds with local currency, and using myriad other methods. According to published reports and other sources, dozens of senior officials of the Venezuelan government and security forces have amassed significant fortunes in the form of real property, cash deposits, negotiable bonds, banks, and businesses worldwide.70

Many of these assets are either in the United States or held in dollar-denominated accounts, subject to enforcement actions or prosecution. The US DEA and federal prosecutors in a half-dozen jurisdictions have invested substantial financial and human resources to building cases against these individuals.71 However, under the Obama adminstration, US diplomats sought to avoid a political confrontation with Chávez and his successor by targeting lower-ranking officials rather than regime kingpins. The public cases are hints of the massive criminality that dominates the Maduro regime today.

Venezuelan military officials and their retired colleagues are not alone in their involvement in drug trafficking. Senior civilians in the government have also been implicated, and some have even been identified as a driving force behind military corruption, such as when OFAC designated Vice President El Aissami as a narcotics trafficker in 2017. El Aissami and his front man Samark José López Bello allegedly



*Tareck El Aissami in 2016*

Source: Wikimedia, http://bit.ly/2rnwo2a.

operate a financial network that transfers illicit funds from Latin America to the Middle East, with "close to 40 front companies owning 20 properties with cash, vehicles, real estate, and other assets in 36 bank accounts throughout Venezuela, Panama, Curacao, St. Lucia, Florida, and Lebanon."72 OFAC's February action blocked the properties of 13 companies run by López Bello, saying they "comprise an international network spanning the British Virgin Islands, Panama, the United Kingdom, the United States and Venezuela."73 One estimate placed the value of El Aissami's frozen assets at $3 billion.74 In addition, El Aissami's brother, Feraz, was allegedly involved in an ill-fated plot by the nephews of President Maduro's wife, Cilia Flores, (Francisco Flores de Freitas and Efrain Antonio Campo Flores) to smuggle cocaine to the United States.75

### Regional Threat

The fourth—and potentially the most dangerous—component of Venezuela's illicit transnational operation is its support for terrorism. There is significant evidence that Venezuelan officials not only enable terrorism by laundering foreign terrorist organizations' money but also provide direct material support to move terrorists into the Western Hemisphere. The recent OFAC designation alleges that, in addition to being a drug trafficker and money launderer, El Aissami is the architect and principal in a continuing scheme to aid Hezbollah and other terrorist groups seeking to establish and expand operational networks in the Western Hemisphere.

According to retired Colonel Vladimir Medrano Rengifo, former director of Venezuela's Office of Identification and Migration, El Aissami, then head of Venezuela's passport agency, issued some 10,000 Venezuelan passports and identity documents to Islamist extremists from Syria, Iran, and other Middle Eastern countries. The recipients were mainly Iranian Revolutionary Guards and Hezbollah operatives, including Suleiman Ghani Abdul Waked, a right-hand man to Hezbollah leader Hassan Nasrallah.[76] Venezuelan support for radical Islamist terror has obvious consequences for its neighboring countries and the United States.

A parallel concern is Venezuela's shadow over the recent Colombian peace process between the government and the FARC rebels. Venezuelan participation in the talks was justified by its influence with the FARC guerrillas, who came to depend on Chávez's support during his presidency.[77] Those links with other Colombian drug trafficking groups are likely to undermine the agreement's delicate implementation phase. Some critics of the peace process also fear that the FARC's political movement will remain involved in drug production and threaten Colombian democracy by tapping amassed drug profits with continued support from Venezuela.

Venezuela represents a special case of transnational criminality because pervasive corruption and illicit activity have essentially made the state itself a criminal organization. The country's political and bureaucratic apparatus can coordinate these activities, crush any internal opposition or oversight, and resist any diplomatic efforts to moderate its behavior. It has consistently been supported by the Cuban government, which maintains a key military and intelligence presence throughout Venezuelan institutions such as the Ministry of Interior and Justice, the Directorate of Military Intelligence, and the Bolivarian National Intelligence Service.[78] Cuba is thus complicit in developing Venezuela into a successful axis of transnational organized crime.

More effective sanctions against trafficking kingpins in Venezuela would reverberate throughout the region. Officials in the Obama administration reportedly stalled the OFAC designation of El Aissami, but it was nonetheless an important step that exposed the criminality of Venezuela's senior leadership and froze assets that might otherwise be deployed to sustain the regime's criminality and oppression.[79] Congress has repeatedly endorsed the expanded use of sanctions and other asymmetrical tools in Venezuela.[80]

The US government can intensify and hasten efforts to counter Venezuela's institutionalized criminal networks and divide and delegitimize a dictatorial regime waging war on its people. It should employ the significant CTOC enforcement resources at its disposal against Venezuelan officials who have so far eluded accountability for their criminal activity and consider how updated authorities could be used to amplify existing sanctions.

### Transnational Organized Crime Leadership in Venezuela

The alleged head of the Cartel of the Suns is Diosdado Cabello, former president of the National Assembly (until the majority passed to the opposition in 2015), former governor of the state of Miranda, and current vice president of the PSUV. Cabello is a retired military officer and longtime Chávez confidant. Allegations of Cabello's involvement with drug trafficking were corroborated by the April 2012 defection of Eladio Aponte Aponte, a magistrate with Venezuela's Supreme Justice Tribunal, when the former

judge linked Cabello to the Makled cartel in a series of media interviews.[81]

Although the Venezuelan regime's complicity in narcotics trafficking has been alleged by opposition sources and regional media for years, the depth and breadth of the government's lawlessness was only revealed by the *Wall Street Journal* in a May 2015 article regarding ongoing US federal investigations into several high-ranking Venezuelan officials' involvement in cocaine smuggling:

> A leading target, according to a Justice Department official and other American authorities, is National Assembly President Diosdado Cabello, considered the country's second most-powerful man. "There is extensive evidence to justify that he [Cabello] is one of the heads, if not the head, of the cartel," said the Justice Department source, referring to an alleged conspiracy involving military officers and other senior officials.[82]

Leamsy José Salazar Villafaña, the former security chief of both Chávez and Cabello who left Venezuela in December 2014, has said in published interviews and private discussions that he saw Cabello give orders to transport shipments with tons of cocaine sent from the FARC to the United States and Europe; one such shipment that he disclosed was dispatched from Venezuela's Paraguaná Peninsula. Salazar recounted discovering bundles of currency—bolivars, euros, and US dollars—in a bunker Cabello had visited on at least one occasion.[83]

Additionally, numerous allegations have surfaced that Cabello controls various Venezuelan companies and employs multiple front men outside of Venezuela to manage the proceeds of bribes, embezzlement of state resources, and drug trafficking. His most important front man, according to US and Venezuelan



*Diosdado Cabello, Nicolás Maduro, and Cilia Flores in 2013*

Source: Wikimedia, http://bit.ly/2sGfRdw.

sources, is Rafael Sarría, considered the mastermind who manages Cabello's illicit network of businesses and financial interests. Sarría maintains a low profile, virtually invisible in public records both within and outside Venezuela.[84]

According to a source familiar with Cabello's criminal network, Sarría manages at least three US-based companies, all of which appear to be shell companies. In addition, he holds US properties worth more than $13 million and, reportedly, a private jet. According to several sources who report on Venezuelan corruption, Sarría opened three Florida-based companies in early 2009: Noor Plantation Investments, SAI Advisors, and 11420 Corp. Public records identify Sarría as the manager of all three companies—all currently active in Florida and none with a defined business purpose. Sarría and his immediate family own numerous assets, mostly real estate in Florida and New York. For example, Sarría owns several houses in Plantation, Florida.

Another prominent front man for Cabello is Pedro Fritz Morejón Carrillo, a former minister of communal economy and tourism in Chávez's government who has established several US and Venezuelan companies in the entertainment industry. He manages

**KINGPINS AND CORRUPTION**

at least three Venezuelan firms with branches in the Dominican Republic and the United States. Morejón also has several US companies based in Miami: Sidney Productions USA, Carrillo Colina Construction LLC, Distributors Zen LLC, and Invershow LLC.[85] Another US-based company, Soul Suplies [sic] and Marketing, shares the same address as Morejón's other businesses and is registered under his son, Andrés.[86]

Members of President Nicolás Maduro's family have been accused of international narcotics trafficking. The aforementioned Flores cousins stood trial in federal district court in New York's Southern District and were convicted in November 2016 for conspiring to traffic drugs into the United States. Authorities revealed that the two "narco-nephews" used the presidential hangar in Caracas to transport illegal narcotics on multiple occasions and boasted about using their political influence to enlist military officials in their smuggling operations. Moreover, US prosecutors linked the two to other reputed drug traffickers, including Roberto de Jesus Soto García, Carlos González, César Orlando Daza Cardona, and Hermágoras González Polanco. Campos Flores and Flores de Freitas await sentencing and face up to 20 years in jail.[87] Sources familiar with recent criminal networks in Venezuela say that other members of President Maduro's immediate family have been involved in drug trafficking and corruption.

In 2016, the DOJ unsealed an indictment against Nestor Luis Reverol Torres, former commander of the Venezuelan National Guard and former director of the Venezuelan counter-narcotics office, for drug trafficking. Edylberto José Molina Molina, the former subdirector for Venezuela's counter-narcotics office, was also indicted on the same charges. According to federal prosecutors, Reverol and Molina accepted bribes, and in return:

> [They] alerted the traffickers to future drug raids or the locations where law enforcement officers in Venezuela were conducting counter-narcotics activities to allow drug traffickers to change the location where they stored drugs or alter drug transportation routes. They also took steps to stop or hinder ongoing narcotics investigations to allow cocaine-laden vehicles to leave Venezuela and arranged for the release of individuals arrested for narcotics violations and the release of narcotics and narcotics-related currency that had been seized by law enforcement.[88]

The Venezuelan government has remained defiant in the face of US sanctions against its officials. After the indictment was unsealed, President Maduro



*Efrain Antonio Campo Flores (second from left) and Franqui Fancisco Flores de Freitas, nephews of Venezuelan President Nicolás Maduro, stand with law enforcement officers after their arrest in Port Au Prince, Haiti, November 12, 2015*

Source: Wikimedia, http://bit.ly/2tuNRX9.

swiftly promoted Reverol to his current post as minister of Interior, Justice, and Peace.[89] Reverol now uses his authority over the National Guard to play a central role in the violent repression of pro-democracy protests that broke out in early 2017.

In September 2008, Hugo Armando Carvajal Barrios, Henry de Jesus Rangel Silva, and Ramon Rodriguez Chacin were designated by the US Treasury Department for "materially assisting the narcotics trafficking activities of the Revolutionary Armed Forces of Colombia (FARC), a narco-terrorist organization."[90] Rangel Silva, a former director of Venezuela's Directorate of Intelligence and Prevention Services, was in charge of intelligence and counterintelligence activities for the Venezuelan government. Rodriguez Chacin was Venezuela's former minister of Interior and Justice; US authorities identified him as the contact who arranged for the FARC to purchase weapons from the Venezuelan government's arsenal using the proceeds of illegal drug trafficking. The Treasury Department said that Rodriguez Chacin "held numerous meetings" with senior FARC members, "one of which occurred at the Venezuelan presidential palace, Miraflores, in late 2007."[91]

Carvajal, a retired general, was director of Venezuela's Military Intelligence Directorate and an appointed diplomat. OFAC accused him and his associates of protecting drug shipments from seizure by Venezuelan anti-narcotics authorities and providing weapons and refuge to the FARC. This allowed narco-guerrilla units to maintain a stronghold in the state of Arauca on the Colombia/Venezuela border, a region known for coca cultivation and cocaine production. Carvajal also was accused of providing the FARC with official Venezuelan government identification documents, which allowed its members to travel freely to and from Venezuela.

Carvajal remained a high-ranking military official for years after the designation. In July 2014, he was detained in Aruba on US drug smuggling charges; however, local authorities ignored US diplomatic pleas and allowed him to return to Venezuela—after apparent threats from Caracas—based on a questionable claim of diplomatic immunity.[92] He is currently a PSUV representative in the National Assembly.