

Translate   From: Spanish    View: Translation | Original
To: English

The testimony of Colombian Marlon Marín, nephew of "Iván Márquez", head of the Colombian FARC guerrilla, reveals once again that Chavismo's second most powerful man is "up to his neck" in the drug trade through the Cartel de los Suns.

 By Sabrina Martín   Updated Apr 24, 2018



*Marlon Marín, nephew of "Iván Márquez", head of the Colombian guerrilla FARC, revealed that thanks to the closeness with his uncle, he traveled to Venezuela and Cuba on several occasions where he met Diosdado Cabello ( Twitter )*

The Drug Enforcement Administration (DEA) of the United States has new statements that directly link Diosdado Cabello to drug trafficking in northern South America.

The testimony of the Colombian Marlon Marín, nephew of "Iván Márquez", head of the Colombian guerrilla FARC, revealed that the second most powerful man in Chavez is "up to his neck" in drug trafficking through the Cartel de los Soles.

Marín was captured on April 9 together with "Santrich", exnegociador of the guerrilla in Havana; the investor Fabio Simón Younes Arboleda and Armando Gómez Spain, aka "the Doctor".

According to the Colombian newspaper *El Tiempo* , Marín spoke with US agents and revealed that, thanks to his closeness to his uncle, he traveled to Venezuela and Cuba on



Home  >  Inmigración  >  Guerra Contra las Drogas  >

GUERRA CONTRA LAS ...    POLÍTICA    SUR AMÉRICA

# Testigo de la DEA revela reuniones entre Diosdado Cabello y las FARC

El testimonio del colombiano Marlon Marín, sobrino de "Iván Márquez", jefe de la guerrilla colombiana FARC, revela una vez más que el segundo hombre más poderoso del chavismo está "hasta el cuello" en el tráfico de drogas a través del Cartel de los Soles.

 Por **Sabrina Martín**    Actualizado **Abr 24, 2018**



*Marlon Marín, sobrino de "Iván Márquez" jefe de la guerrilla colombiana FARC, reveló que gracias a la cercanía con su tío, viajó a Venezuela y Cuba en varias ocasiones donde se reunió con Diosdado Cabello (Twitter)*

La Administración para el Control de Drogas (DEA) de Estados Unidos cuenta con nuevas declaraciones que vinculan directamente a Diosdado Cabello con el narcotráfico en el norte de Suramérica.

El testimonio del colombiano Marlon Marín, sobrino de "Iván Márquez", jefe de la guerrilla colombiana FARC, reveló que el segundo hombre más poderoso del chavismo está "hasta el cuello" en el tráfico de drogas a través del Cartel de los Soles.

Marín fue capturado el pasado 9 de abril junto a "Santrich", exnegociador de la guerrilla en La Habana; el inversionista Fabio Simón Younes Arboleda y Armando Gómez España, alias "el Doctor".

De acuerdo con el diario colombiano *El Tiempo*, Marín habló con agentes estadounidenses y reveló que gracias a la cercanía con su tío viajó a Venezuela y Cuba en varias ocasiones. Aseguró que allí se reunió en varias oportunidades con Diosdado Cabello y varios militares del "Cartel de los Soles".

Según la prensa colombiana, Marín salió de su celda en Bogotá con destino a Estados Unidos para convertirse en un testigo protegido de la DEA; esto, a cambio de entregar información clave. Ahora el principal testigo de las FARC y del narcotráfico en Venezuela podría estar a punto de lograr la libertad condicional y hasta de emprender un cambio de identidad.

Cabe destacar que en febrero un informe detallado referente a la seguridad y dificultades que afectan a la región, el jefe del Comando Sur de los EE. UU., Kurt W. Tidd, señaló a la nación gobernada por Nicolás Maduro como un "país abierto a los narcoteroristas y partidarios libaneses de Hezbolá".

## Narcoestado en evidencia

Y es que el país suramericano ha quedado en evidencia como un narcoestado luego de que con el pasar de los años se descubriera que altos funcionarios del chavismo y del régimen de Nicolás Maduro están directamente relacionados con el tráfico internacional de drogas:

**Diosdado Cabello:** es calificado como el hombre más poderoso del chavismo. Aunque el Gobierno de Estados Unidos no ha emitido un informe oficial mencionando al líder chavista. El diario estadounidense *The Wall Street Journal* reportó a mediados del 2015 que Cabello estaba siendo investigado por la DEA y fiscales federales, y que habría pruebas que demostrarían que el expresidente de la Asamblea Nacional de Venezuela podría ser la cabeza del denominado Cartel de los Soles.



*Diosdado Cabello, diputado venezolano y número dos del chavismo.(Wikipedia)*

Hasta ahora, en los tribunales estadounidenses, los abogados de Cabello no han podido desmentir dicha información.

De acuerdo con el Centro de Investigación de de Crimen Organizado (*Insigth Crime*), el término "Cartel de los Soles" es usado para describir a los grupos al interior de las fuerzas de Seguridad de Venezuela que trafican con cocaína.

Según *Insigth Crime* el Cartel de los Soles está compuesto principalmente por oficiales militares, que fijan el precio de la cocaína en el país.

Desde Estados Unidos ya el congresista republicano Marco Rubio llamó a Cabello como el "Pablo Escobar" de Venezuela, haciendo referencia a sus vínculos con el narcotráfico y a su jerarquía adentro del cártel como un "capo".



*Tareck El Aissami, vicepresidente de Venezuela (Flickr)*

**Tareck El Aissami, vicepresidente:** hace ya un año el vicepresidente de Venezuela fue incluido en una lista del Departamento del Tesoro de EE. UU. por presuntamente colaborar con el narcotráfico.

La medida también involucró a Samark López Bello, quien es acusado de ser el principal testaferro del vicepresidente venezolano, y señalado de poseer cerca de una docena de empresas vinculadas con el funcionario.

Según el Departamento del Tesoro estadounidense, El Aissami ejerce control sobre aviones que despegan desde una base aérea venezolana, además de controlar las rutas de la droga que sale por puertos venezolanos.

El Aissami también está vinculado con la coordinación de envíos de droga a Los Zetas, el violento cartel de la droga mexicano, además de suministrar protección al capo de la droga colombiano Daniel Barrera y al narcotraficante venezolano Hermágoras González Polanco, quien también fue mencionado en el caso de los "narcosobrinos" de la familia presidencial de Venezuela.

Por su parte, el Centro para una Sociedad Libre Segura, con sede en Washington, publicó en 2014 un trabajo titulado: *Canadá en guardia: Evaluando la amenaza de Irán, Venezuela y Cuba a la seguridad inmigratoria*; allí los autores aseguran que Venezuela emitió al menos 173 pasaportes venezolanos a islamistas radicales que buscaban entrar a EE. UU.

Los autores de este informe, Victoria Henderson, directora general del Instituto de Canadá de Análisis Social y Económico (ISEA); Fernando Menéndez, investigador del Centro para una Sociedad Libre Segura (SFS, por sus siglas en inglés) y Joseph Humire, director del SFS, vinculan al exgobernador del estado Aragua y actual vicepresidente, Tareck El Aissami, quien también estuvo al frente del Ministerio de Interior entre 2008 y 2012, y presuntamente habría creado una red de lavado de dinero para encubrir el financiamiento a grupos extremistas del Medio Oriente. Además, aseguran que durante años El Aissami ha estado ingresando terroristas iraníes a Venezuela.

**Maduro, el presidente:** aunque no ha sido señalado directamente por el Gobierno de Estados Unidos, como en el caso de El Aissami, el mandatario de Venezuela está muy vinculado al narcotráfico internacional, tanto así que dos de sus sobrinos fueron declarados culpables al intentar traficar cocaína a suelo norteamericano.


*Nicolás Maduro, dictador de Venezuela (Flickr)*

De hecho, la Fiscalía del Distrito Sur de Nueva York dio a conocer un documento donde se revela que Maduro habría aprobado las acciones de narcotráfico emprendidas por sus sobrinos.

El fiscal Joon H. Kim asegura que hay pruebas suficientes de que Efraín Antonio Campo Flores y Franqui Francisco Flores de Freitas (los "narcosobrinos") estaban predispuestos a cometer el crimen de narcotráfico, ya que mantenían contacto con proveedores de

cocaína y con miembros de las FARC, al tiempo en que, presuntamente, contaban con el visto bueno del mandatario de Venezuela.


*Néstor Reverol, ministro de Interior de Venezuela (Flickr)*

**Néstor Reverol, ministro de Interior:** el mayor general fue imputado en Estados Unidos por estar vinculado al narcotráfico.

Néstor Luis Reverol Torres y el general Edylberto Molina son acusados de conspirar para traficar grandes cantidades de cocaína a Estados Unidos desde Venezuela entre los años 2008 y 2010.

En el expediente se señala que el ahora ministro de Interior y el subdirector de la ONA "recibían pagos de los narcotraficantes para recibir alertas de futuros operativos, los lugares donde los agentes iban a hacer las requisas y el tiempo de las mismas de tal manera que tuviesen tiempo para mover la droga de lugar y buscar rutas alternativas para sacar el producto de Venezuela".

**Edylberto Molina, viceministro:** es el viceministro para el Sistema Integrado de Policía designado por Nicolás Maduro. Molina es exdirector de la Oficina Nacional Antidrogas (ONA) y es acusado por el Departamento de Justicia de EE. UU. por narcotráfico.

Molina fue acusado por EE. UU. de participar en "conspiración de distribución internacional de cocaína". Su nombre está incluido en la lista de fugitivos de la justicia estadounidense.

*Edylberto Molina, viceministro (Twitter)*

**Hugo Carvajal, diputado chavista:** sobre Hugo Carvajal, quien fue jefe de la Dirección de Inteligencia Militar durante el Gobierno de Hugo Chávez desde julio 2004 a diciembre de 2011, también reaen acusaciones de narcotráfico por parte de Estados Unidos.



*Diputado chavista, Hugo Carvajal (Twitter)*

En 2014 Carvajal fue capturado en Aruba debido a una orden de arresto emitida por Estados Unidos por su presunta vinculación con una red de narcotráfico ligada a las FARC. El presidente venezolano Nicolás Maduro protestó, diciendo que Carvajal tenía inmunidad diplomática, y luego de una serie de conversaciones fue liberado y devuelto a la Caracas, la capital venezolana.

## Sabrina Martín

Periodista y locutora venezolana, especialista en comunicaciones corporativas. Síguela en Twitter: @SabrinaMartinR.

Venezuela    Colombia    Argentina    México    Chile    Brasil    Ecuador    Bolivia    Podcast

© 2017 - All Rights Reserved.

Website Design: BetterStudio