**Foreign Narcotics Kingpin Designation Act**
**May 2018**

**U.S. Department of the Treasury**
**Office of Foreign Assets Control**





Indicted in the Southern District of Florida
(Conspiracy to Distribute Cocaine into the U.S.)

**Pedro Luis MARTIN OLIVARES**
DOB: 18 Apr 1967
POB: Caracas, Venezuela
Citizen: Venezuela
Cedula No. 6252562 (Venezuela)



**Mario Antonio RODRIGUEZ ESPINOZA**
DOB: 16 Feb 1966
Citizen: Venezuela
Cedula No. 6859414 (Venezuela)



**Walter Alexander DEL NOGAL MARQUEZ**
DOB: 2 Oct 1969
Citizen: Venezuela
Cedula No. 9965580 (Venezuela)
Passport No. C1940147 (Venezuela)

MARTIN OLIVARES Companies

  

GRUPO CONTROL SYSTEM 2004, C.A.
Caracas, Venezuela
RIF # J-29469218-4 (Venezuela)

PLM CONSULTORES, C.A.
Caracas, Venezuela
RIF # J-31241965-2 (Venezuela)

GRUPO CONTROL 2004, C.A.
Caracas, Venezuela
RIF # J-29766946-9 (Venezuela)

DEL NOGAL MARQUEZ Companies



INVERSIONES MALAMAR R, C.A.
Caracas, Venezuela
RIF # J-31267002-9 (Venezuela)



P.L.M. GROUP SOCIEDAD DE
CORRETAJE DE VALORES, C.A.
Caracas, Venezuela
RIF # J-31254454-6 (Venezuela)



D2 IMAGINEERING, C.A.
Caracas, Venezuela
RIF # J-29766946-9 (Venezuela)



PLM CONSORCIO, C.A.
Caracas, Venezuela
RIF # J-31241977-6 (Venezuela)



DEL BROS OVERSEAS, S.A.
Panama City, Panama
RUC # 1182190-1-578348 (Panama)

DMI TRADING INC.
Panama
RUC # 1794418-1-704269 (Panama)



PLM TRANSPORTE, C.A.
Caracas, Venezuela
RIF # J-31242244-0 (Venezuela)



INMUEBLES Y DESARROLLOS
WEST POINT, C.A.
Caracas, Venezuela
RIF # J-31242224-6 (Venezuela)



MATSUNICHI OIL TRADER, C.A.
Caracas, Venezuela
RIF # J-29812490-3 (Venezuela)

FINANCIAL CORPORATION
FINCORP, C.A.
Caracas, Venezuela
RIF # J-31118020-6 (Venezuela)

VIC DEL INC. (OFF SHORE)
Panama City, Panama
RUC # 1794835-1-704338 (Panama)

TECHNO TRANSPORTE ML, C.A.
Caracas, Venezuela
RIF # J-29732032-6 (Venezuela)

PLM SECURITY CONTROL GROUP, C.A.
Caracas, Venezuela
RIF # J-31403007-8 (Venezuela)

INVERSIONES PMA 243, C.A.
Caracas, Venezuela
RIF # J-30835786-3 (Venezuela)

FINANCIAL CORPORATION
(FINCORP INTERNATIONAL), S.A.
Panama City, Panama
RUC # 1182193-1-578349 (Panama)

MATSUNICHI OIL TRAEADEZ 12, C.A.
Caracas, Venezuela
RIF # J-29732037-7 (Venezuela)

P L M SOCIEDAD DE CORRETAJE, C.A.
Caracas, Venezuela
RIF # J-30877708-0 (Venezuela)