# Business Standard

# Eight FARC dissidents killed in Colombia border clash

**AFP | Bogota**  **May 17, 2018** Last Updated at 07:15 IST

Eight FARC dissidents have been killed in clashes with Colombian military forces near the border with Ecuador, authorities in Bogota announced today.

The dissidents were commanded by a former FARC rebel leader who rejected the 2016 peace agreement with the government of President Juan Manuel Santos, the defence ministry said.

One of those killed in the clashes in the Putumayo department was an aide to the former rebel commander known as Rodrigo Cadete.

Dissidents in the area are accused of the historic killings of dozens of soldiers and civilians before FARC disarmed, according to the military.

Cadete, who was not reported to be among the casualties, is suspected of involvement in trafficking cocaine and coltan to Venezuela and Brazil.

Under the peace accord, the Revolutionary Armed Forces of Colombia (FARC) disarmed its 7,000 fighters in order to join the political process. It is now a political party. However, hundreds of remnants of the rebel force are still active in drug-trafficking in the border areas.