# U.S. DEPARTMENT OF THE TREASURY

## Resource Center

## Venezuela Designations

5/18/2018

**OFFICE OF FOREIGN ASSETS CONTROL**

**Specially Designated Nationals List Update**

**The following individuals have been added to OFAC's SDN List:**

CABELLO RONDON, Diosdado (Latin: CABELLO RONDÓN, Diosdado), Monagas, Venezuela; DOB 15 Apr 1963; citizen Venezuela; Gender Male; Cedula No. 8370825 (Venezuela); Passport A0237802 (Venezuela) (individual) [VENEZUELA].

CABELLO RONDON, Jose David (Latin: CABELLO RONDÓN, José David), Monagas, Venezuela; DOB 11 Sep 1969; citizen Venezuela; Gender Male; Cedula No. 10300226 (Venezuela); Passport B0133819 (Venezuela) expires 08 Apr 2013 (individual) [VENEZUELA].

CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina) (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

SARRIA DIAZ, Rafael Alfredo (a.k.a. SARRIA, Rafael; a.k.a. SARRIA-DIAZ, Rafael A), Miranda, Venezuela; La Moraleja, Madrid, Spain; 9410 NW 14th Street, Pembroke Pines, FL 33024, United States; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

**The following entities have been added to OFAC's SDN List:**

11420 CORP., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11420 NW 4 Street, Plantation, FL 33325, United States; Company Number 27-0746046 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

NOOR PLANTATION INVESTMENTS LLC, 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11401 NW 2 Street, Plantation, FL 33325, United States; 11441 NW 2 Street, Plantation, FL 33325, United States; 11481 NW 2 Street, Plantation, FL 33325, United States; Company Number 27-1713953 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

SAI ADVISORS INC., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11251 NW 2 Street, Plantation, FL 33325, United States; 11250 NW 4 Street, Plantation, FL 33325, United States; 11201 NW 2 Street, Plantation, FL 33325, United States; 11351 NW 2 Street, Plantation, FL 33325, United States; 11301 NW 2 Street, Plantation, FL 33325, United States; 11300 NW 4 Street, Plantation, FL 33325, United States; 11350 NW 4 Street, Plantation, FL 33325, United States; 11200 NW 4 Street, Plantation, FL 33325, United States; Company Number 68-0678326 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).