UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

KEITH STANSELL, et al.,          CIVIL ACTION CASE NO.:
                                                     8:09-CV-2308-CEH-AAS

       Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING EXPERT WITNESS AFFIDAVIT
IN SUPPORT OF MOTION FOR TRIA EXECUTIONS**

Plaintiffs hereby notice the filing of the affidavit of Subject Matter Expert DOUGLAS FARAH, President of IBI Consultants, LLC in support of plaintiffs' motion for TRIA executions related to the Honduras Drug Trafficking Organization "Los Cachiros" and the members of the "Rosenthal Money Laundering Organization" [DE 1175].

Respectfully submitted November 27, 2018

/s Newton Porter_____      /s_Tony Korvick_____
NEWTON P. PORTER                           TONY KORVICK
(Bar ID: 432052)                                   (Bar ID: FL 003)
nporter@porterandkorvick.com           tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.                 PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208    9655 South Dixie Highway Suite 208
Miami, Florida 33156                         Miami, Florida 33156
Telephone:   (305) 373-5040              Telephone:   (305) 373-5040
Facsimile:   (305) 668-9154               Facsimile:   (305) 668-9154
Attorneys for Plaintiffs                          Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I served the foregoing document and the notice of electronic filing by first class mail and electronic mail to the following persons:

    OFFICE OF FOREIGN ASSETS CONTROL
    U.S. Department of the Treasury
    1500 Pennsylavnia Ave. NW
    Washington DC
    [by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

    _s/Tony Korvick_____
    TONY KORVICK (Bar ID: FL 003)
    PORTER & KORVICK, P.A.
    9655 South Dixie Highway Suite 208
    Miami, Florida 33156
    Telephone:	(305) 373-5040
    Fax:	(305) 668-9154
    tkorvick@porterandkorvick.com