UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

KEITH STANSELL,                                   CASE NO.: 8:09-CV-2308-CEH-AAS
MARC GONSALVES,
THOMAS HOWES, and
JUDITH G. JANIS, CHRISTOPHER T. JANIS,
GREER C. JANIS, MICHAEL I. JANIS,
and JONATHAN N. JANIS

       Plaintiffs,

v.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.,

       Defendants.

_____/

**<u>AFFIDAVIT</u>**

*(FARC nexus with Honduras, Los Cachiros and Rosenthal MLO)*

1.     My name is Douglas C. Farah, and I am personally familiar with the contents of this affidavit. My Curriculum Vitae is attached as **Ex. 1**.

2.     I am the President of IBI Consultants, LLC (http://www.ibiconsultants.net )("IBI") since December 2004.  IBI Consultants is contracted to investigate, research and write unclassified work products on Counternarcotics and Global Threats, including terrorism.  I am a recognized Subject Matter Expert ("SME") for the Department of Defense and other U.S. Government agencies on the subject matter areas of: illicit drug trafficking; the relationship among different global terrorist organizations to state and non-state actors in Latin America; the global criminal-terrorist nexus, including the nexus between the Middle East and Latin America; the criminal-terrorist nexus between Iran/Hezbollah on Latin American insurgencies, primarily the FARC; and the FARC itself including movement of assets and relationships with other allied state actors, terrorist groups and transnational criminal organizations.  I am or have been in the past

1

five years a SME for the aforementioned categories on multiple Department of Defense and

Other Government Agency programs and projects

3.      With IBI I am currently supporting the office of the Deputy Assistant Secretary of

Defense for Counternarcotics and Global Threats as SME for Latin America through the Center

for Strategic Research at National Defense University. My topics of research include the FARC

and its regional and extra regional allies. In 2015, 2106 and 2017 I received outstanding

performance reviews from the office of the Deputy Assistant Secretary of Defense for

Counternarcotics and Global Threats. I am currently or have recently concluded consulting as

SME for: (i) U.S. Special Operations Command ("USSOCOM") on Latin American security

issues including Central American gangs and Iranian sanctions busting activities; (ii) Defense

Threat Reduction Agency ("DOD-DTRA") on long range threat of Iran in Latin America and its

relationship to the FARC; (iv) Homeland Security Institute on human smuggling and bulk cash

shipments to Mexico; (v) National Endowment for Democracy on press freedoms in Latin

America; (vi) U.S. Southern Command ("USSOUTHCOM") in its Florida International

University Partnership on threats from Latin America; (vii) the Rand Corporation; (viii) World

Bank on commodities and conflict; (ix) Woodrow Wilson Center for International Scholars on

transnational organized crime in Central America; (x) and SME and participant in numerous war

games for the and the U.S. Army's Asymmetrical Warfare Group, Johns Hopkins Applied

Physics Laboratory; and (xi) Department of State Bureau of International Narcotics and Law

Enforcement Affairs (INL).

4.      In addition to being president of IBI, I am a Senior Visiting Fellow at the Center for

Strategic Research at National Defense University, a position I have held since September 2016.

5.      From 2013 to 2016 I was a Senior Non-Resident Associate of the Americas Program at the Center for Strategic and International Studies ("CSIS"). In this position I was the lead CSIS investigator on the <u>Colombia: Peace and Stability in the Post-Conflict Era</u> project, published in January 2014. I was the lead investigator for the <u>Alternative Governance in the Northern Triangle and Implications for U.S. Foreign Policy: Finding Order Within Chaos,</u> published in September 2015.

6.      From 2009 to 2015 I was a senior fellow at the International Assessment and Strategy Center (IASC) where I published more than a dozen studies on the Bolivarian Revolution in Latin America, focused on the roles of Venezuela, Ecuador, Bolivia and the FARC in Latin America and the destruction of democracy; the kleptocracy and criminal alliances of the Argentine government of Cristina Fernandez de Kirchner; regional drug trafficking trends in Latin America, and the growth of the MS 13 transnational gang in Central America.

7.      In 2004 I was the Senior Fellow at the Consortium for the Study of Intelligence, Washington, D.C. where my work included analyzing effective methods of intelligence reform in the post 9-11 world; organization of an international conference to study how different insurgent groups gather intelligence; analyzing and writing on different types of armed groups that operate in stateless areas. During this tenure, I co-authored the monograph "Armed Groups: A Tier-One Security Priority," for the Institute of National Security Studies of the U.S. Air Force Academy, with Professor Richard Shultz, director of the Fletcher School of War and Strategy of Tufts University.

8.      I have testified before Congress on multiple occasions as SME on terrorism in Latin America, including the FARC and its connections to cartels, TCOs and other terrorist

organizations and as SME for Iran and its terrorist groups' connections to Latin America and the FARC: (i) April 1, 2004, before the House Committee on International Relations, Africa Subcommittee - "Fighting Terrorism in Africa"; (ii) Feb. 16, 2005, House Financial Services Committee, Subcommittee on Oversight and Investigations – "Terrorist Responses to Improved U.S. Financial Defenses"; (iii) July 31, 2008, House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation and Trade – "Foreign Aid and the Fight Against Terrorism"; (iv) June 23, 2009 before the Senate Foreign Relations Committee, Subcommittee on Africa Affairs -  "Confronting Drug Trafficking in West Africa"; (v) Oct. 27, 2009 before the House Committee on Foreign Relations, joint subcommittees on the Western Hemisphere, Near East and Terrorism – "Iran in the Western Hemisphere"; (vi) July 7, 2011 before the House Homeland Security Subcommittee on Counterterrorism and Intelligence - "Hezbollah in Latin America: Implications for U.S. Security"; (vii) October 12, 2011 before the House Committee on Foreign Relations, Subcommittee on Oversight and Investigations – "The International Exploitation of Drug Wars and What We Can Do About It"; (viii) July 12, 2011 before the House Committee on Foreign Relations Subcommittee on Terrorism, Nonproliferation and Trade – "Narcoterrorism and the Long Reach of U.S. Law Enforcement"; (ix) February 16, 2012 before the Senate Committee on Foreign Relations, Subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; (x) November 16, 2012 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management: "A Line in the Sand:  Assessing Dangerous Threats to Our Nation's Borders"; (xi) July 9, 2013 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management, "Threat to the Homeland: Iran's Expanding Influence in the Western Hemisphere;" (xii) February 4, 2014, before the House Committee on Foreign Relations

Subcommittee on Terrorism, Nonproliferation and Trade - "Terrorist Groups in Latin America: The Changing Landscape"; (xiii) July 17, 2014 House Subcommittee on Monetary Policy and Trade on the FARC -world's premiere hybrid terrorist/drug trafficking organization, and FARC's relationship to terrorism and drug trafficking; (xiv) March 17, 2015  Senate Foreign Relations Subcommittee on Western Hemisphere, Transnational Crime, Civilian Security, Democracy, Human Rights and Global Women's Issues, "Deepening Political and Economic Crisis in Venezuela: Implications for U.S. Interests and the Western Hemisphere;" May 21, 2015, House Committee on Financial Services Task Force to Investigate Terrorism Financing, "Dangerous Nexus: Terrorism, Crime and Corruption;" (xv) October 22, 2015 House Committee on Foreign Affairs Subcommittee on the Western Hemisphere, "Russia's Engagement in the Western Hemisphere;" (xvi) June 23, 2016 House Financial Services Committee Task Force to Investigate Terrorism Financing, "The Next Terrorist Financiers: Stopping Them Before They Start;" (xvii) September 12, 2017 Senate Caucus on International Narcotics Control, "Adapting U.S. Counternarcotics Efforts in Colombia."

9.      I lecture frequently at U.S. Government institutions including: (i) USAF Special Operations School, Hurlburt Field, Fla;  (ii) USSOCOM, Tampa, Fla.;  (iii) National Ground Intelligence Center;  (iv) U.S. Southern Command;  (v) National Defense University Center for Hemispheric Defense Studies;  (vi) Center for Army Analysis;  (vii) U.S. Army War College; State Department Foreign Service Institute; (vii) Defense Intelligence Agency.  The topics include the FARC, Latin American insurgencies, the criminal-terrorist nexus in Latin America and elsewhere, and Iran in Latin America.  I have been a guest lecturer at many universities including: Yale, Tufts, National Defense University, American University, Georgetown University, Syracuse University, University of Pittsburgh and others), and policy groups

(American Enterprise Institute, Brookings Institution, CSIS, the Middle East Forum, the

Woodrow Wilson International Center for Scholars, the Center for American Progress, Hudson

Institute).

10.     I hold an active Top Secret Security Clearance.

11.     From 2003 - 2004 I was a member of the <u>Washington Post</u> investigative staff,

investigating and writing on terror finance and radical Islamic groups.

12.     From 2000 - 2003 I was the <u>Washington Post</u> bureau chief for West Africa, based in

Abidjan, Ivory Coast. My family and I were evacuated in November 2001 because of death

threats after I broke the story of al Qaeda's ties to "blood diamonds" and the Liberian regime of

Charles Taylor.

13.     From 1997 - 2000 I was a <u>Washington Post</u> international investigative reporter, covering

drug trafficking and organized crime, including the emergence of the FARC as a major drug

trafficking organization, the rise of Russian organized crime groups in the Caribbean and Latin

America, and the growth of Mexican drug cartels within the United States.

14.     From 1992 – 1997 I was the <u>Washington Post</u> bureau chief for Central America and the

Caribbean, based in San Salvador, El Salvador. I covered the drug wars and civil conflicts in

Colombia; the crisis in Haiti, including the 1994 U.S. occupation; and the rise of HIV/AIDS

across the region. I traveled more than a dozen times to Cuba.

15.     From 1990-1992 I was on contract with the <u>Washington Post</u> and <u>Newsweek</u>, and was

based in Bogotá, Colombia to cover the drug war in the Andean region. I covered the rise and

fall of Pablo Escobar and the Medellin cartel, the rise of Cali cartel, the conflict with the FARC

and the growing conflict between the FARC and right-wing paramilitary groups.

6

16.      From 1987 – 1990 I was a freelance reporter contributing to the Washington Post, The Boston Globe and US News & World Report, based in San Salvador, El Salvador.  I covered the Central American wars in El Salvador, Nicaragua, Guatemala and Honduras.

17.      From 1985 – 1987 I was the *United Press International* bureau chief for El Salvador and Honduras, covering the wars in the region.

18.      I earned a B.S. with highest honors from the William Allen White School of Journalism, University of Kansas and a B.A, with honors in Latin American Studies, University of Kansas.  I graduated high school from the American Cooperative School, La Paz, Bolivia.

19.      I have received awards for my newspaper reporting, including the 1988 Sigma Delta Chi Distinguished Service Award for a series on right-wing death squads in El Salvador; the 1995 Maria Moors Cabot Prize from Columbia University for outstanding coverage of Latin America; and the 1997 Johns Hopkins School of Advanced International Studies recognition of Excellence in International reporting for a Washington Post Magazine article on drug corruption in Colombia.  I have received other awards.

20.      I have published two books, chapters in four other books, as well as numerous monographs and articles in peer reviewed academic journals. I have also published dozens of magazine articles and op-eds. The book are (i): Blood From Stones:  The Secret Financial Network of Terror, (Broadway Books, New York May 2004), examining al Qaeda and Hezbollah's role in the West African blood diamond trade; (ii) Merchant of Death: Money, Guns, Planes and the Man Who Makes War Possible, with Stephen Braun, on the Russian weapons merchant Viktor Bout.  The monographs and chapters that have garnered academic attention relating to the FARC and its international connections are (i) Transnational Organized Crime, Terrorism and Criminalized States in Latin America: An Emerging Tier-One National

Security Priority (a monograph for the U.S. Army War College Strategic Studies Institute,

August 2012); (ii) "Fixers, Super Fixers and Shadow Facilitators: How Networks Connect," a

chapter in the highly acclaimed book Convergence: Illicit Networks and National Security in the

Age of Globalization, National Defense University (2012), focusing on how criminal and

terrorist networks connect; (iii) Ecuador at Risk: Drugs, Thugs, Guerrillas and the Citizens'

Revolution, with Glenn Simpson, a monograph for the International Assessment and Strategy

Center. A full list of publications is available upon request.

**OFAC Factual Findings**

21.    In May 2013, the President identified "Los Cachiros" as a significant foreign narcotics

trafficking group pursuant to the Foreign Narcotics Kingpin Designation Act.  Four months later

on 9/19/13, the Treasury Department's Office of Foreign Assets Control ("OFAC") announced

the following designation and factual findings:

### Treasury Targets "Los Cachiros" Drug Trafficking Organization in Honduras

9/19/2013

WASHINGTON – The U.S. Department of the Treasury today announced the designation of seven individuals and five businesses tied to the Honduran drug trafficking organization, Los Cachiros. The individuals designated include the leaders of Los Cachiros, brothers Javier Eriberto Rivera Maradiaga and Devis Leonel Rivera Maradiaga, who play a significant role in international narcotics trafficking. * * * In addition, the five designated businesses are being used by the group to further the organization's drug trafficking activities and launder illicit proceeds.

"Los Cachiros is a violent drug trafficking organization in Honduras whose members plow illicit drug proceeds into businesses and properties in order to gain public legitimacy and launder their wealth," said Treasury's Director of the Office of Foreign Assets Control Adam J. Szubin. "Treasury will continue its work to disrupt the criminal activities of Los Cachiros members and expose them for what they are – drug traffickers and money launderers."

**Los Cachiros coordinates the movement of drugs to and from Honduras for Colombian and Mexican drug trafficking organizations, including the Sinaloa Cartel. Los Cachiros employs land, air, and sea conveyances in its**

**movement of drugs, and its activities have been linked to seizures of cocaine
in Central America. It is reported that Los Cachiros controls 90 percent of
the clandestine airstrips in Honduras, and it uses these airstrips to facilitate
the entry of drugs into Honduras and Guatemala.**

In August 2012, Nicaraguan authorities charged Los Cachiros leader, Javier
Eriberto Rivera Maradiaga, and Nicaraguan associate, Bismarck Antonio Lira
Jiron, with conspiracy in the international transport of illicit drugs, money
laundering, illicit financing of narcotics, and organized crime. Nicaraguan
authorities arrested Lira Jiron that same month.

22.    On October 27, 2015, OFAC announced additional designations and fact findings related

to the Rosenthal Money Laundering Organization (MLO") in Honduras:

### Treasury Sanctions Rosenthal Money Laundering Organization
10/7/2015

Action Targets Three Honduran Money Launderers from the Rosenthal Family
and Key Companies
WASHINGTON – Today, the U.S. Department of the Treasury's Office of
Foreign Assets Control (OFAC) announced the designation of three Honduran
businessmen and seven businesses as Specially Designated Narcotics Traffickers
pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act) for
playing a significant role in international narcotics trafficking. Jaime Rolando
Rosenthal Oliva; along with his son, Yani Benjamin Rosenthal Hidalgo; and his
nephew, Yankel Antonio Rosenthal Coello, **provide money laundering and
other services that support the international narcotics trafficking activities of
multiple Central American drug traffickers and their criminal organizations**.

In coordination with today's announcement, the Drug Enforcement
Administration (DEA) and the U.S. Attorney's Office for the Southern District of
New York (SDNY) also took action to target the Rosenthal family. Yesterday, an
indictment charging Jaime Rolando Rosenthal Oliva, Yani Benjamin Rosenthal
Hidalgo, and Yankel Antonio Rosenthal Coello, along with a fourth individual,
with money laundering in violation of Title 18, United States Code, Section 1956,
was unsealed in SDNY, and Yankel Antonio Rosenthal Coello was arrested in the
United States.
                              *         *         *
This action was conducted in close coordination with the DEA, Homeland
Security Investigations, Customs and Border Protection's National Targeting
Center, and the U.S. Attorney Offices for the Southern District of New York and
the Southern District of Florida.

The OFAC action targets seven key Rosenthal businesses including their principal
Panamanian holding company, Inversiones Continental (Panama), S.A. de C.V.,

known as Grupo Continental. Grupo Continental is the parent company of a conglomerate of businesses in Honduras involved in banking, financial services, real estate, agriculture, construction, tourism, and media.  Announced today along with Grupo Continental are its agricultural arm, Empacadora Continental S.A de C.V. (now known as Alimentos Continental), and two of its key financial components, Inversiones Continental, S.A. (a.k.a. Grupo Financiero Continental) and the Honduran bank, Banco Continental S.A., headquartered in San Pedro Sula, Honduras.

Today's announcement marks the first time that OFAC has designated a bank pursuant to the Kingpin Act. **Banco Continental S.A. has served as an integral part of the Rosenthal money laundering operations and facilitated the laundering of narcotics proceeds for multiple Central American drug trafficking organizations**.[1]

## U.S. NARCOTICS CONVICTIONS

23.    On April 30, 2013, the SDFL U.S. Attorney's Office announced the extradition of Jose

Evaristo Linares-Castillo to the U.S. on a January 5, 2012 Indictment alleging that:

"JOSE EVARISTO LINARES CASTILLO, a/k/a "Don Evaristo," … led a drug trafficking organization that distributed ton-quantities of cocaine obtained in Colombia, transported through the Apure region of Venezuela and ultimately sold in the United States and other locations. **From Venezuela, the majority of the cocaine was flown to Honduras**, and from there was subsequently sent to the United States via Mexico. In order to transport its cocaine into the Apure region of Venezuela, CASTILLO's organization made **regular monetary payments to the … (the "Revolutionary Armed Forces of Colombia" or "FARC"), which has significant control over the Apure region** and requires narcotics traffickers that operate there to make payments to the FARC in order to move narcotics into and out of the area. From in or about 1964 until on or about the date of filing of this Indictment, the FARC has been and is an international terrorist organization dedicated to the violent overthrow of the democratically elected Government of Colombia.  To further its terrorist activities, the FARC actively engages in narcotics trafficking as a financing mechanism and has evolved into the **world's largest supplier of cocaine**.

U.S. v. Linares Castillo, SDNY Case No. 11-cr-1054, Indictment DE 1.  Linares Castillo

ultimately plead guilty to counts 1, 2 and 3 of this indictment, including the 18 USC §2339B

---

[1] Honduras' government closed Banco Continental after it discovered that the bank moved money of Los Cachiros, a drug mafia linked to the Sinaloa cartel and the Mexican drug lord Joaquín "El Chapo" Guzmán.  10/13/15 El Universal, "*Honduras closes bank linked to the Sinaloa cartel*".

charge on providing material support to the FARC.  He was also separately indicted and plead

guilty in the SDFL on narcotics charges involving the Linares-Castillo drug trafficking

organization supplying members of the Mexico based Sinaloa Drug Cartel thousands of

kilograms of cocaine in Honduras.   See Appendix FARC Honduras, Ex. ___.

24.     The two leaders of the Cachiros surrendered to US authorities in January 2015.

authorities. During his trial in New York, **Devis Leonel Rivera Maradiaga** accepted his

participation in the murder of 78 people, including a Honduran anti-drug czar and a former

National Security Advisor.  In addition, his testimony implicated members of the political and

economic elite in drug trafficking and bribery activities, including members of the powerful

Rosenthal family.

25.     After the Rivera Maradiaga brothers handed themselves to US authorities, the

consequences for these elites who had worked with the Cachiros came swiftly. In May 2015, in a

sting coordinated with Haitian authorities, US authorities arrested Fabio Lobo, the son of former

President Porfirio Lobo, the same man who had won the controversial November 2009 election

following the ousting of Zelaya. U.S. v. Fabio Porfiro Lobo, SDNY Case No. 15-cr-0174.

26.     On March 6, 2017, Cachiros leader Devis Leonel Rivera Maradiaga testified at the

sentencing hearing of Fabio Lobo that:

```
Yes.
Q. What are some of the crimes that you pleaded guilty to?
A. Murder, money laundering, head of a group of drug
traffickers, weapons.
Q. Did you also plead guilty to a drug trafficking
conspiracy?
A. Yes.
Q. You mentioned that you pleaded guilty to murders. In
connection with your guilty plea, how many murders did you
admit to causing?
A. 78 murders.
Q. In connection with your guilty plea did you also admit to
causing attempted murders?
A. Yes.
```

Q. How many?
A. 15.
Q. When approximately did you get involved in drug
trafficking?
A. 2003 to 2013.

Q. Are you familiar with a drug trafficking organization
known
as the Cachiros?
A. Yes.
Q. What, if any, role did you play
A. Leader, leader of the group.

Q. I am going to ask you some questions about the period
between 2009 and 2013. All right?
A. Yes, sir.
Q. During that time period what types of drug trafficking
activities were the Cachiros involved in?
A. Drugs.
Q. What types of drug activities?
A. We were a group of drug traffickers in the area of
Atlantico, Colon. We started out by transporting on a small
scale using cars for transportation. And then my brother and
I
started aligning ourselves with Colombians, Mexicans,
Hondurans, and Guatemalans.
Q. Did the Cachiros receive planes carrying cocaine in
Honduras?
A. Yes.
Q. What about go-fast vessels?
A. Yes.
Q. Were the Cachiros responsible for transporting cocaine
within Honduras?
A. Yes.
Q. Between 2009 and 2013, what is your best estimate of the
amount of cocaine that you and the Cachiros helped to
distribute?
A. Many tons of cocaine.
Q. More than 20 tons?
A. Yes, sir. More.
Q. What is your understanding of where that cocaine was
being
sent?
A. From Colombia it was sent to Honduras, from Honduras it
was
sent to Guatemala, from Guatemala it was sent to Mexico, and
from Mexico to the United States.

Additionally, Fabio Lobo, the son of former Honduras President Porfirio Lobo, who pleaded guilty in 2016 to conspiring to import cocaine into the United States, was sentenced to 24 years in a US prison for drug trafficking with the Cachiros.

27.     In October 2015, the US Justice Department indicted three members of the Rosenthal family and a lawyer for their business conglomerate on charges of money laundering related to corruption and drug trafficking networks. In July 2017, Yani Rosenthal pleaded guilty in a US federal court to one money laundering charge as the US attorney said he "moonlighted as a money launderer for a ruthlessly violent drug trafficking organization known as the Cachiros." And in August 2017, Yani's cousin, Honduras' former investment minister Yankel Rosenthal, also pleaded guilty in a US court to laundering money for the Cachiros organization.

28.     In January 2018, the Rosenthals' own lawyer pleaded guilty in the U.S..  Andres Acosta Garcia worked for Grupo Continental, a conglomerate member of the Rosenthal MLO.  He admitted that while working there, he helped launder money from narcotics trafficking through beef sales to the United States.   Prosecutors said the money was linked to the Cachiros, a Honduran drug trafficking ring.  At his sentencing hearing, the United States Attorney noted that it was "undisputed that the defendant laundered approximately $500,000 of drug money for violent Honduran drug traffickers over the course of several years" and that "this conduct allowed the transformation of hundreds of thousands of dollars of drug proceeds into what appeared to be clean and legitimate money" which "allowed the Cacheros to grow their criminal organization and to thrive".  The U.S. also stated that:

> The defendant worked as a lawyer for the Rosenthals for over a decade. He was a trusted employee and a trusted counselor. He was a highly educated attorney and businessman. At the time of his plea the defendant admitted that he knew at the time he was selling meat to businesses in the United States on behalf of Empacadora, that had been purchased from drug traffickers, he said that he knew that these transactions were illegal and that they involved narcotics proceeds.

U.S. v Andres Acosta Garcia, SDNY Case No. 13-cr-413, D.E. 302 at pp 23-24 (Transcript

1/26/18).  The Court itself stated that "the defendant allegedly knew while he worked at Banco

Continental that it was being used for purposes of money laundering."  Id. at p. 9.

## MATERIALS REVIEWED

29.    I have reviewed the following items in connection with this affidavit:

- Sept. 6, 2011 Order DE 322 U.S. District Court, Middle District of Florida setting forth the standard for determination of an agency or instrumentality of a terrorist party
- Oct. 16, 2014 Opinion 11th Circuit Court of Appeals Stansell et al. v. FARC et al., Diaz Herrera et al., 771 F.3d 713, 732 (11th Cir. 2014)(affirming the district court's standard)
- 11th Circuit Court of Appeals opinion in Mercurio Internacional S.A. v. Stansell et al. 704 F.3d 910 (11th Cir. 2013) (holding that assets blocked under TWEA and IEEPA are subject to execution under TRIA)
- Aug. 31, 2011 MDFL DE 311 Affidavit of Chris Porter
- Aug. 31, 2011 MDFL DE 312 Affidavit of Luis Miguel Cote
- Aug. 31, 2011 MDFL DE 313 Plaintiffs' Appendix in Support of Post-Judgment Execution Proceedings Against Agencies and Instrumentalities of the FARC
- U.S. Department of the Treasury OFAC designations, charts, and press releases
- Maps of Colombia, Latin America, Africa and Middle East
- FARC Secretariat Raul Reyes documents related to the FARC and its relationships
- FARC and Colombian military documents related to persons/entities assisting the FARC
- FARC and Colombian police and law enforcement documents related to the FARC
- Colombian military, intelligence, police and law enforcement documents related to the FARC and persons/entities assisting the FARC
- Interviews with sources related to illegal narcotics and commodities distribution worldwide and sources related to front structures for the FARC and other foreign terrorist organizations, drug trafficking organizations, transnational criminal organizations, cartels and money laundering/bulk cash networks
- U.S. Government and other open source materials related to Venezuela's assistance to terrorist organizations, including the FARC
- Complaint Stansell et al. v. FARC et al. Case No. 8:09-CV-2308-T26-LAZZARA/MAP; DE 1
- FARC 50 grand jury indictment D.D.C. Case 1:04-cr-00446-TFH; DE-9
- Other materials related counternarcotics, terrorism and the global nexus between terrorist and criminal organizations, including supplemental Appendix
- Materials related to how the drug trade funds terrorism
- 6/10/18 MDFL Appendix on FARC nexus Venezuela [DE 1115]
- OFAC charts and factual findings, indictments, federal court dockets, sentencing transcripts, US Attorney Press releases, and investigative reporting on Los Cachiros and the Rosenthal MLO

14

30.     I will provide a brief overview of the FARC as it continues as a global hybrid terrorist/drug trafficking organization and one of the world's largest cocaine producer and wholesale distributor – even post peace accords in Colombia.  I will provide a factual overview of the FARC's nexus with its various agencies or instrumentalities for the continuing distribution of cocaine worldwide.

31.     The Revolutionary Armed Forces of Colombia ("FARC") is a foreign terrorist organization, designated under Title 8, United States Code, Section 1189, originally designated on October 8, 1997 and re-designated on September 5, 2001.  The FARC is one of only three organizations in the world that is designated by the U.S. Government as both a major drug trafficking organization and an international terrorist entity.  The FARC remains a designated terrorist organization despite having signed a peace agreement with the Government of Colombia in June 2016.

32.     The FARC has an ideological hatred toward the United States, has targeted U.S. citizens and national interests and is allied with declared enemies of the United States.  The FARC is a security threat to the United States despite the peace agreement. The danger was shown with the April 2018 arrest of Seauxis Hernández, AKA Jesus Santrich, for conspiring to ship 10 tons of cocaine to the United States, almost two years after the peace agreement was signed. Santrich was a key negotiator of the peace agreements and a senior FARC leader who was to occupy one of the 10 congressional seats the FARC was guaranteed under the peace process and awaits extradition to the United States. Another senior FARC commander who negotiated the peace agreement, Luciano Marín Arango AKA Iván Márquez, who was to have occupied another of the 10 FARC congressional seats, has fled to the jungle and under investigation by the Colombian authorities for suspected cocaine trafficking. Hernández and Marín are among the most senior

FARC commanders to sign the peace accord and their ongoing criminal activity, along with those of former senior commanders who are formally declared dissidents but remain tied to the commanding FARC secretariat, demonstrate that the FARC has not abandoned its drug trafficking activities.

33.    The FARC remains the center of a multitude of criminal enterprises and terrorist alliances that stretch from Colombia south to Argentina, and northward to Central America and into direct ties to the Mexican drug cartels. Its distribution and cocaine trafficking extend to Venezuela, and through Venezuela to Africa, the Mideast, Europe and Asia through various criminal organizations, DTOs and FTOs, and its various front persons, companies and networks.  The group's continuing participation in terrorist activities was shown when a group of FARC "dissidents" but still in communication with the Secretariat, kidnapped and executed three Ecuadoran journalists in Ecuador in April 2018.

34.    In March 2008 shortly before the rescue of the plaintiffs here, the Colombian military killed Raúl Reyes, the FARC's second most important commander and chief international liaison.   In the immediate aftermath of the attacks, Colombian commandos entered the camp and retrieved documents and computers, including hundreds of gigabytes of data from the personal computer and USB drives of Reyes containing communications with other members of the FARC 7-person general secretariat, Venezuelan president Chávez, senior Ecuadorian officials, a Central American and Caribbean support network that provided arms to the FARC and an outline of the political and economic strategy of the FARC.   I have reviewed and analyzed these documents and wrote a series of reports on them.

35.    The documents demonstrate the FARC's overt discussion of its involvement in global drug trafficking and the need to move cocaine and money associated with the trade they have

long claimed to not be involved in. The documents make clear the FARC has Venezuelan government protection for its massive movement of cocaine to Central America and West Africa. Venezuelan officials acting in individual capacities have established working relationships with the FARC to distribute cocaine and launder drug proceeds through Venezuela for the FARC.

36.     The FARC, like most terrorist and global criminal organizations, seeks out those areas of operation where favorable, criminalized state sponsorship are in place, as it is in neighboring Venezuela and Ecuador. These places are ideal for operations, warehouses and transshipment of multiple illicit commodities, including cocaine and the laundering of drug proceeds. Under the protection of the governments of Venezuela, individual Venezuelan officials, business persons and businesses – as well as powerful friends in Nicaragua, Bolivia and El Salvador -- the FARC maintains a robust international infrastructure that still produces and moves thousands of kilos of cocaine and laundering hundreds of millions of dollars. It is the pioneer hybrid criminal-terrorist insurgency – the "narco-terrorist" organization using drug money to sustain a weakened ideological movement and help like-minded groups fund terrorism.

37.     The FARC still supplies more than two-thirds of the cocaine imported into the United States, and is the world's leading cocaine manufacturer and trafficker.[2]

38.     The FARC's cocaine distribution network or "cocaine highway" remains intact after the Peace Accords and continues to serve the world's criminal and terrorist organizations by

---

[2] The FARC's participation in the "peace" process with the Colombian government under the auspices of Cuba gave the group time to move massive quantities of cash and other assets including manufacturing processes to Venezuela and to Central American countries such as El Salvador, Nicaragua, Honduras and Panama. The money is visible across Central America but particularly in El Salvador, where former Marxist rebels retain close ties to the FARC leadership and are helping the FARC to establish joint business ventures, banking operations, and construction companies.

allowing the movement of weapons, human often held in slave like conditions and other illicit products.

39.    The FARC is both a global and trans-regional organization.  The significant support – logistical, financial and ideological – the group receives from nations and non-state allies in the hemisphere that aid and abet its criminal and terrorist alliances is significant and dangerous.  The FARC is a central part of the revolutionary project of bringing together armed groups and terrorist organizations under the umbrella of the Bolivarian Revolution, with the aid and support of Iran.  This is now a deeply criminalized political project with the express and overt intention of hurting the United States.

## OPINIONS

40.    My opinions are based on my education, training and approximately 33 years of experience in Latin America and Africa and also based upon my research, field work, investigations and experience. This includes extensive work in the fields of terrorism, counter-narcotics, global threats and stability, the FARC and its relationship to other drug traffickers, DTOs, FTOs, TCOs, cartels and other criminal organizations and groups, including current and former Venezuelan government officials, and their associates, front companies and front men, money laundering networks, couriers, and transporters.  My opinions are also based upon my experience and investigation into the formation and operations of failed states, criminalized states, and stateless or ungoverned areas or "black holes" where terrorist/criminal organizations seek to conduct their illegal activity and build their illegal relationships.  My opinions are also based on my extensive fieldwork and investigations and the opportunity to continually update my information.  This includes multiple interviews with overseas sources actually involved in the world of illicit trade, including the smuggling of narcotics.  These sources include recent

defectors from the Maduro regime who were aware or participated in drug trafficking, from

defectors from the FARC under Colombian state protection and former Venezuelan officials.

My opinions are also based upon U.S. Government factual findings.  These sources and research

are routinely relied upon and exchanged by peers, senior members of the U.S. government,

Congress and other experts in the fields of counter-terrorism, counter-narcotics and the illegal

convergence that undergird these criminal and terrorist relationships and activities, including the

FARC's global cocaine distribution. All of the sources upon which I base my opinions are the

type of sources approved by federal courts in terrorism and narco-terrorism cases.

41.    I have reached my opinions by following the same analytical framework as used in the

investigation of terrorism, narco-terrorism, transnational organized crime, emerging threats and

failed states and the relationships between actors involved in those subject areas, as I have used

in testifying before the U.S. Congress, and U.S. Government agencies, including the Department

of Defense ("DOD").   I have used categories of information routinely used by experts in the

afore-mentioned subject areas in reaching my opinions a hallmark of which is the collection of

information from multiple sources.  I then analyzing that information and apply my education,

experience, and knowledge to that information to arrive at my opinions. My analysis and

opinions and work on terrorism and narco-terrorism is relied upon and reviewed by senior

member of the U.S. Government, who I frequently brief in both unclassified and classified

settings.  My opinions are my own and based upon my analysis, knowledge, education,

experience and education into these subject areas over a lengthy period of time.

42.    I have reviewed the Court Order of the Middle District of Florida setting forth the

standard for determination of agency and instrumentality of the terrorist party the FARC in this

case, which was upheld on appeal by the 11th Circuit in <u>Stansell v. FARC et al</u>. 771 F.3d 713,

19

732 (11th Cir. 2014)(affirming the district court's standard).[3]  I will use this definition of an

"agency or instrumentality of the FARC" in all of my opinions below describing the nexus

between the terrorist organization and narco-terrorist group FARC and other individuals, entities,

FTOs, TCOs, DTOs and other criminal organizations, affiliates, front companies and front men,

money laundering networks, couriers, and transporters and criminal relations.

43.     The FARC is the premiere manufacturer and producer of cocaine in the world.  The

FARC remains the largest distributor of cocaine globally for profit.  These profits are used to

---

[3] 12.     Any SDNT or SDNTK person, entity, drug cartel or organization , including all
of its individual members, divisions and networks, that is or was ever involved in the
cultivation, manufacture, processing, purchase, sale, trafficking, security, storage,
shipment or transportation, distribution of FARC coca paste or cocaine, or that assisted
the FARC's financial or money laundering network, is an agency or instrumentality of
the FARC under the TRIA because it was either:

> (1) materially assisting in, or providing financial or technological support for or
> to, or providing goods or services in support of, the international narcotics
> trafficking activities of a specially designated narcotics trafficker [FARC];
> and/or

> (2) owned, controlled, or directed by, or acting for or on behalf of, a specially
> designated narcotics trafficker [FARC]; and/or

> (3) playing a significant role in international narcotics trafficking [related to
> coca paste or cocaine manufactured or supplied by the FARC].

This includes SDNT and SDNTK cartels, organizations, persons or entities which have
ever supplied currency, weapons, ammunition, logistics, transportation, or supplies
and/or financial or money laundering services to the FARC or its trafficking partners,
directly or indirectly, as consideration for FARC coca paste or cocaine.  Similarly, any
SDNT or SDNTK person or entity involved with the financial or money laundering
network of a drug cartel or organization described above also qualifies as an agency or
instrumentality of the FARC under the TRIA.[5]

13.     All specially designated narcotics traffickers who assist and provide
financial or technological support for or to, or who provide goods or services in support
of, or who act on behalf of the international narcotics trafficking activities of a specially
designated narcotics trafficker like the FARC here – a designated FTO - are each an
"agency or instrumentality of a terrorist party."  See Ungar v. The Palestinian Authority
304 F. Supp. 2d 232, 241 (D.R.I. 2004)(HLF is an agency or instrumentality of Hamas
because it acts "for or on behalf of" Hamas).

MDFL Order DE 322, ¶¶12-13.

fund criminal activity and terrorism, as well as undermining the rule of law and democracy across Latin America.

44.     Almost 80% percent of the world's cocaine is produced in Colombia or in the neighboring border regions immediately adjacent to Colombia with the aid and assistance of the FARC.

45.     The FARC remains responsible for more than two-thirds of the cocaine distributed into the United States.

46.     The FARC remains one of the largest provider of cocaine to the wholesale markets of Europe, the Middle East and Asia most of this trafficked through Venezuela to West Africa and then onward to these destinations.

47.     Despite having engaged in peace talks, the FARC maintains control of the cocaine manufacture and global distribution of both cocaine and coca paste.  This is amply demonstrated by the massive increase in coca cultivation in Colombia since the peace process got underway, when the FARC urged its sympathizers and combatants to grow as much coca as possible in anticipation of the peace agreement. Coca cultivation jumped 42 percent from 2014 to 2015 and the amount grown has increased about 20 percent year since. In 2018 Colombia is projected to cultivate more than 200,000 hectares (508,000 acres). Prior to 2015 the highest level of cultivation was 170,000 hectares (431,000 acres).

48.     Since 2000 virtually any person, entity, drug cartel or organization, including all of its individual members, divisions and networks, that is or was ever involved in the cultivation, manufacture, processing, purchase, sale, trafficking, security, storage, shipment or transportation, distribution of coca paste or cocaine, or that assisted in the financial or money laundering of cocaine proceeds worldwide is affiliated with and has a nexus with the FARC.

49.    The FARC maintains close criminal relationships worldwide with drug traffickers, DTOs, FTOs, TCOs, cartels, other criminal organizations and groups, including corporate and business fronts, front men, money laundering networks, couriers, and transporters to further its mission of distributing FARC cocaine to the United States and worldwide.  The FARC has engaged and continues to engage current and former Venezuelan officials, businesspersons and front businesses to move its cocaine and launder drug proceeds and facilitate its illegal narcotics trafficking and distribution and to otherwise fund destabilization.

50.    Los Cachiros were one of Honduras' largest transport groups that became a major player in the movement of cocaine between Colombia and the Sinaloa Cartel and other Mexican organizations.

51.    On June 28, 2009, Honduran soldiers ousted President Zelaya from his palace to an air force base where he was escorted onto an airplane that immediately left the country.  The chaos that followed this coup triggered an unprecedented increase in criminal activity in Honduras, including a Colombian-Venezuelan network that operated along the country's shared borders. It was run by Jose Evaristo Linares Castillo who used his criminal networks in Colombia to facilitate the movement of cocaine through Venezuela, including FARC cocaine.

52.    The Linares network included a Colombian named Gersain Viafara Mina who had resettled in the border state of Apure, Venezuela. By the time President Zelaya was removed from power, Viafara Mina was managing cocaine loads moving from Venezuela through Honduras for Linares and others. In court papers filed by the US government charging Viafara Mina with drug trafficking, an affidavit by a Drug Enforcement Administration (DEA) agent says Viafara Mina coordinated numerous flights between the two countries.  "Viafara-Mina made arrangements to ship the cocaine from Apure, Venezuela to Central America through

sources that supplied cocaine, aircraft, and clandestine airstrips to facilitate the cocaine smuggling operations," according to DEA agent Kimojah Brooks.

53.     These flights would leave Apure, fly due north towards the Dominican Republic, then take a sharp left along the 15th parallel, which entered Central America along the Honduran-Nicaraguan border. The route allowed these single and twin-engine aircraft to avoid Colombia-based radar detection.



54.     "Air tracks continued to proliferate in 2010," the State Department's annual assessment of drug trafficking in the region stated in 2011. "The Joint Interagency Task Force South (JIATF-S) recorded 75 suspect air flights into Honduras during the year, compared with 54 in 2009 and 31 in 2008." The report said the majority were from Venezuela. The foreign

counternarcotic official was more specific. "If there were 100 [air tracks]," the official said,

"probably 95 were coming Venezuela."



The departure point also permitted Viafara Mina and his team to liaison with its support network, which, according to the affidavit, included the FARC and possibly portions of the Venezuelan military.. It says the FARC "provided security at the airstrip" in Apure.   [Honduras and Venezuela: Coup and Cocaine Air Bridge, Insight Crime].

55.     Los Cachiros and all its members, affiliates, supporters, front companies, and financial networks have a nexus with the FARC because: (i) of their extensive actions to materially assist, or provide financial or technological support to, or provide goods or services in support of, the international narcotics trafficking activities of the FARC; (ii) they were long involved in the

24

transportation and distribution of FARC cocaine; and (iii) they have assisted the FARC's financial or money laundering network, and for playing a significant role in international narcotics trafficking of coca paste or cocaine manufactured or supplied by the FARC.

56.    Los Cachiros and all its individual members, companies, front companies, front men, financial networks, and associates (including all aliases set forth and amended in U.S. Government documents and SDN List) are all agencies or instrumentalities of the FARC.

57.    Similarly, all of the "Kingpin Act specially designated narcotics traffickers" [OFAC SDNTKs] listed below are all agencies or instrumentalities of the FARC because of their involvement with the financial or money laundering networks of Los Cachiros, the Sinaloa Cartel[4], and the Rosenthal MLO:

- Jaime Rolando Rosenthal Oliva
- Yani Benjamin Rosenthal Hidalgo
- Yankel Antonio Rosenthal Coello
- Inversiones Continental (Panama), S.A. de C.V. aka Grupo Continental
- Empacadora Continental S.A de C.V. (now known as Alimentos Continental)
- Inversiones Continental, S.A. (a.k.a. Grupo Financiero Continental)
- Banco Continental S.A.
- Shelimar Investment, Ltd.,
- Desland Overseas, Ltd.,
- Preyden Investments, Ltd.
- Inverciones Continental U.S.A., Corp.
- Shelimar Real Estate Holdings II, Inc.
- Shelimar Real Estate Holdings III, Inc.

58.    OFAC factual findings are entitled to extreme deference under federal law.  OFAC has determined that "Banco Continental S.A. has served as an integral part of the Rosenthal money laundering operations and facilitated the laundering of narcotics proceeds for multiple Central American drug trafficking organizations", which further supports my opinion that Banco Continental, S.A. is an agency or instrumentality of the FARC.

---

[4] The MDFL Court has previously ruled that the Sinaloa Cartel qualifies as an agency or instrumentality of the FARC.  9/6/11 Order DE 322, ¶ 14.

Dated this 17th day of September, 2018.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 U.S.C. 1746.

<u>/s/ Douglas C. Farah</u>
Douglas C. Farah

**(\*I certify that I have the signed original of this document that is available for inspection during normal business hours by the Court or a party to this action at Porter & Korvick, P.A.'s offices.)**

# EXHIBIT 1

## CV OF DOUGLAS FARAH

**Name:** Douglas Charles Farah
**DOB:**  July 22, 1957
**Marital Status:** Married, three children
**Languages: Spanish:** Native speaking, reading and writing. **French:** Fair speaking,
comprehension, reading.
**Address:** 7721 Garland Ave., Takoma Park, MD 20912
**Telephone:** 202-360-0802
**Fax:** 301-270-1093
**E-Mail:** dfarah@ibiconsultants.net


## Educational Background:

**December 1974:** Graduated from the American Cooperative School, La Paz, Bolivia.

**1985:** B.S. with highest honors from the William Allen White School of Journalism,
University of Kansas; B.A. with honors in Latin American Studies, University of Kansas,
Lawrence, Kansas.

## Professional Work Experience

**Current Position:** President, IBI Consultants (http://www.ibiconsultants.net ), 2005 to
present; Senior Visiting Fellow, National Defense University Center for Complex
Operations; Honorary Professor of Military Science, Senior Fellowship Program, Old
Dominion University.

**Current and Recent Engagements**:

Consulting with Deputy Assistant Secretary for Counternarcotics and Global Threats as
SME, Latin America, researching gangs, Russian organized, the Iranian Threat Network,
and the Ramiro Network, with close coordination/briefings with USSOUTHCOM,
USSOCOM, NSC and interagency; CSIS Central America project on violence in Central
America; Homeland Security Study and Analysis Institute human smuggling project;
Subject Matter Expert with the U.S. Army's Asymmetrical Warfare Group, Johns
Hopkins Applied Physics Laboratory. **Active Top Secret Clearance.**

**Ongoing Activities:** Frequent lecturer at U.S. government institutions including:
DHS/CPB on Central America migration and weapons trafficking; USAF Special
Operations School, Hurlburt Field; Special Forces Command, Tampa, Fla.; National
Ground Intelligence Center; U.S. Southern Command; National Defense University
Center for Hemispheric Defense Studies; Center for Army Analysis; U.S. Army War
College, Foreign Service Institute) on the FARC, Latin American insurgencies,
transnational gangs, the criminal-terrorist nexus and Iran in Latin America. Guest speaker
at universities (Yale, Tufts, National Defense University, American University,
Georgetown University, Syracuse University, University of Pittsburgh and others), and

policy groups (American Enterprise Institute, Brookings Institution, the Middle East Forum, the Woodrow Wilson International Center for Scholars, the Center for American Progress, Hudson Institute).

**Testimony Before Congress**; April 1, 2004, before the House Committee on International Relations, Africa Subcommittee; Feb. 16, 2005, House Financial Services Committee, Subcommittee on Oversight and Investigations; July 31, 2008, House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation and Trade; June 23 2009 before the Senate Foreign Relations Committee, Subcommittee on Africa Affairs; Oct. 27, 2009 before the House Committee on Foreign Relations, joint subcommittees on the Western Hemisphere, Near East and Terrorism; July 7, 2011 before the House Homeland Security Subcommittee on Counterterrorism and Intelligence; October 12, 2011 before the House Committee on Foreign Relations, Subcommittee on Oversight and Investigations; July 12, 2011 before the House Committee on Foreign Relations Subcommittee on Terrorism, Nonproliferation and Trade; December 15, 2011 before the Senate Committee on Foreign Relations subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; February 16, 2012 before the Senate Committee on Foreign Relations, Subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; November 16, 2012 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management; July 9, 2013 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management, "Threat to the Homeland: Iran's Expanding Influence in the Western Hemisphere;" February 4, 2014, before the House Committee on Foreign Relations Subcommittee on Terrorism, Nonproliferation and Trade, "Terrorist Groups in Latin America: The Changing Landscape;" March 17, 2015, before the Senate Foreign Relations Subcommittee on Western Hemisphere, Transnational Crime, Civilian Security, Democracy, Human Rights and Global Women's Issues, "Deepening Political and Economic Crisis in Venezuela: Implications for U.S. Interests and the Western Hemisphere;" May 21, 2015, House Committee on Financial Services Task Force to Investigate Terrorism Financing, "Dangerous Nexus: Terrorism, Crime and Corruption;" September 12, 2017, before the Senate Caucus on International Narcotics Control, "Adapting US Counternarcotics Efforts in Colombia."

**Recent Consulting**: Contract work as SME for US Special Operations Command (SOCOM) on Latin American security issues, including Central American gangs and Iranian sanctions busting activities; American Enterprise Institute (AEI) on threat networks in Central America and Colombia; Contract work for the Defense Threat Reduction Agency (DOD-DTRA) on long range threat of Iran in Latin America; Homeland Security Institute on human smuggling and bulk cash shipments to Mexico; National Endowment for Democracy on press freedoms in Latin America; U.S. Southern Command-Florida International University Partnership on threats from Latin America; the Rand Corporation; World Bank on commodities and conflict; Woodrow Wilson Center for International Scholars on transnational organized crime in Central America; New York University Center for International Cooperation on commodities and conflict.

## Employment History

**December 2004-Present:** President, IBI Consultants, LLC.

**January 2004-September 2004:** Senior Fellow, Consortium for the Study of Intelligence, Washington, D.C. Work included analyzing effective methods of intelligence reform; organization of conferences to study how different insurgent groups gather intelligence; analyzing and writing on different types of armed groups that operate in stateless areas. With Prof. Richard Shultz, director of the Fletcher School of War and Strategy of Tufts University, co-authored "Armed Groups: A Tier-One Security Priority," for the Institute of National Security Studies of the U.S. Air Force Academy.

**March 2002-January 2004:** Member of the *Washington Post* investigative staff, writing on terror finance and radical Islamic groups.

**March 2000-March 2003:** *Washington Post* bureau chief for West Africa, based in Abidjan, Ivory Coast. Forced to leave in December 2001 because of death threats. Broke the story of al Qaeda's ties to "blood diamonds" and the Liberian regime of Charles Taylor.

**June 1997-March 2000:** *Washington Post* international investigative reporter, covering drug trafficking and organized crime, including the emergence of Russian organized crime groups in the Caribbean, and the growth of Mexican drug cartels within the United States.

**April 1992-June 1997:** *Washington Post* bureau chief for Central America and the Caribbean, based in San Salvador, El Salvador. Covered the drug wars in Colombia; Haiti, including the 1994 U.S. occupation; and the rise of HIV/AIDS across the region. Traveled more than a dozen times to Cuba.

**January 1990-April 1992:** On contract with *The Washington Post* and *Newsweek*, based in Bogotá, Colombia, to cover the drug war in the Andean region. Covered the rise and fall of Pablo Escobar and the Medellin cartel and the rise of Cali cartel.

**June 1987-January 1990:** Freelance reporter contributing to the *Washington Post, The Boston Globe* and *US News & World Report*, based in San Salvador, El Salvador. Covered the Central American wars in El Salvador, Nicaragua and Honduras.

**June 1985-June 1987:** *United Press International* bureau chief for El Salvador and Honduras, covering the wars in the region.

**1978-1981**: Assistant to the director, Project for Integrated Development, a USAID-funded development program in Santa Cruz, Bolivia.

**1975-1978:** Traveling in Latin America and Europe.

**Awards**

1988 Sigma Delta Chi Distinguished Service Award for *Washington Post* series on death squads in El Salvador.

1995 Maria Moors Cabot Prize, Columbia University, for outstanding coverage of Latin America

1997 Johns Hopkins SAIS Recognition of Excellence in International Reporting for *Washington Post Magazine* piece on drug corruption in Colombia.

**Partial List of Publications**

**Books:** Merchant of Death: Money, Guns, Planes and the Man Who Makes War Possible, J. Wiley Publishers, (August 2007)

Blood From Stones: The Secret Financial Network of Terror, Broadway Books, New York, May 2004.

**Chapters in the following books**:

"Convergence in Criminalized States: The New Paradigm," Beyond Convergence: World Without Order, edited by Hilary Malfis and Michael Miklaucic, Center For Complex Operations, National Defense University, November 2017.

"Fixers, Super Fixers and Shadow Facilitators: How Networks Connect," Countering Illicit Networks, edited by Michael Miklaucic, Center For Complex Operations, National Defense University, (Forthcoming, June 2012.)

"The Role of Blood Diamonds in al Qaeda's Financial Structure," Countering the Financing of Global Terrorism , edited by Thomas J. Biersteker and Sue E. Eckert (New York: Routledge Publishers, August 2007).

"The Business of Terrorism Finance," Confronting Terrorism Finance, American Foreign Policy Council, 2005.

"Colombia," Crimes of War: What the Public Should Know, edited by Roy Gutman and David Reiff, 1999, W.W. Norton Press.

"U.S. Military in Latin America," The Globalization of U.S.-Latin American Relations: Democracy, Intervention and Human Rights, edited by Virginia Bouvier, Westport, CT, Praeger, September 2002.

"El Chantaje," Los Ojos de la Guerra, edited by Manuel Leguineche and Gervasio Sanchez, Plaza Janes Press, 2000.

**Journal and Magazine Articles:**

Strategic Studies Institute, U.S. Army War College, August 2012

Florida International University Western Hemisphere Security Analysis Center series on hemispheric threats (July 2011, September 2011)

Columbia University Journal of International Affairs (Fall/Winter 2012)

National Endowment for Democracy June 2011

PRISM (National Defense University) Spring 2011, Summer 2013, Winter 2015

issues

Air Force Institute for National Security Studies

Army War College Strategic Studies Institute (August 2012)

Men's Vogue (July/August 2007 issue)

Foreign Policy Magazine (Nov.-Dec. 2006 issue) and multiple blog contributions

Royal United Services Institute (RUSI) (Great Britain)

The Journal of International Security Affairs

The Washington Post Magazine

Mother Jones

American Journalism Review

Semana (Colombia)

IPI Global Journalist

The Politic: The Yale College Journal of Politics

The New Republic

Enjeux Internationaux (Belgium)