UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
CASE NO: 09-cv-2308-CEH-AAS

KEITH STANSELL et al.,

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF
COLOMBIA, et al.

    Defendants.
_____

### STIPULATED ORDER GOVERNING CONFIDENTIALITY OF INFORMATION AND DOCUMENTS PRODUCED BY INTERACTIVE BROKERS LLC

Plaintiffs and Non-party, Interactive Brokers LLC (the "Interactive Brokers"), hereby stipulate as follows:

1. Plaintiffs served Interactive Brokers with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated January 21, 2021 ("Subpoena") in aid of post-judgment execution in the above styled action.

2. The Subpoena requests information pertaining to an account at Interactive Brokers that has been frozen, seized, blocked or otherwise subject to U.S. government restriction.

3. Plaintiffs and Interactive Brokers hereby stipulate, without any admission that such is necessary under applicable law, that Interactive Brokers's response to the

Subpoena, including any documents and information provided in response to the Subpoena, will be subject to the terms described herein.

4. **Confidential Information.** The term "Confidential Information" includes all documents and other information concerning any account about which information is furnished, made available, or otherwise disclosed to Plaintiffs by or on behalf of Interactive Brokers. Confidential Information shall exclude information which:

(i) was or becomes generally available to the public other than as a result of a disclosure by Plaintiffs or Plaintiffs' agents or Representatives (as defined below);

(ii) was available to Plaintiffs on a non-confidential basis prior to its disclosure by Interactive Brokers; or

(iii) becomes available to Plaintiffs on a non-confidential basis from an independent source, provided that such source was not itself bound by an obligation of confidentiality owed to Interactive Brokers and known to Plaintiffs. Confidential Information shall specifically include all materials made available to Plaintiffs in connection with the Subpoena served on Interactive Brokers on or about January 21, 2021, in connection with the above-captioned proceeding.

5. **Duty of Confidentiality.** Plaintiffs shall not disclose, copy, reproduce, distribute, give, or otherwise permit transmittal in any manner the Confidential Information to any person other than to Plaintiffs' Representatives (as defined below). The Confidential Information may be disclosed to Plaintiffs' attorneys, agents, advisors, experts and representatives, and to individuals acting in similar capacities on Plaintiffs' behalf, who need to know such information for the purpose of evaluating the issues

arising in the above-captioned litigation (Plaintiffs' "Representatives"). Plaintiffs shall inform his Representatives of the confidential nature of all Confidential Information and shall require Plaintiffs' Representatives: (a) to comply with the duty of confidentiality and the other provisions of this Agreement; and (b) to return all Confidential Information to Plaintiffs upon request.

**6.     Purpose.**  Plaintiffs shall use (and therefore may disclose) the Confidential Information:

(a)     in aid of post-judgment execution or proceedings in the above captioned litigation, including, without limitation, in any other proceeding, domesticating, or otherwise involving or relating to the Judgment entered in this action (the "Judgment");

(b)     seeking to enforce the Judgment;

(c)     as allowed by any future Court order (and nothing in this Stipulation shall in any way limit or restrict use or disclosure of the Confidential Information, which may be otherwise permitted by any such Court order);

(d)     for such other purposes and/or disclosures as agreed to in writing by counsel for Plaintiffs and Interactive Brokers;

(e)     prosecuting or defending any action or third-party action brought to enforce the Judgment; or

(f)     to determine the rights of any person in any property, account, funds or assets that Plaintiffs may be seeking to garnish or execute upon in order to satisfy the Judgment.

7.      **Permitted Disclosure.**  In the event that Plaintiffs are required by law (by oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demand, or similar process) to disclose any Confidential Information, Plaintiffs may, in the absence of a protective order, disclose such information without liability, subject to providing at least ten (10) days advanced notice to Interactive Brokers.

Dated: February 8, 2021.

| | |
|---|---|
| PORTER & KORVICK, P.A. | DAY PITNEY LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Interactive Brokers LLC* |
| 9655 S. Dixie Highway #208 | 242 Trumbull Street |
| Miami, FL 33134 | Hartford, CT 06103 |
| Telephone: (305) 373-5040 | Telephone: (860) 275-0100 |
| Email: tkorvick@porterandkorvick.com | Email: emsandler@daypitney.com |
| | |
| By: /s/ Tony Korvick_____ | By:  /s/ Erick M. Sandler_____ |
|      Tony Korvick |      Erick M. Sandler |
|      Florida Bar No. 768405 |      (admitted in CT, NY, MA) |

DONE AND ORDERED, in Tampa, Florida this _____, 2021.

_____
UNITED STATES DISTRICT JUDGE