UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEITH STANSELL, et al.,**

    **Plaintiffs,**

v.                                                    **Case No. 8:09-cv-2308-CEH-AAS**

**REVOLUNTIONARY ARMED**
**FORCES OF COLOMBIA, et al.,**

    **Defendants.**
_____/

## ORDER

The plaintiffs file a stipulated protective order between the plaintiffs and a non-party, Interactive Brokers LLC. (Doc. 1227). The plaintiffs have not filed a motion and thus fail to comply with the Local Rules, Middle District of Florida. Titling a filing as a "motion" on CM/ECF is not sufficient.

Rule 3.01(a) provides: "A motion must include — in a single document no longer than twenty-five pages inclusive of all parts — a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a), M.D. Fla. The plaintiffs' filing does not include the requisite information.

Accordingly, the Clerk is **DIRECTED** to strike the plaintiffs' filing (Doc. 1227).

**ORDERED** in Tampa, Florida, on February 10, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge