IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11736-GG

_____

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH JANIS,
as Personal Representative of the Estate of Greer Janis,
MICHAEL JANIS, et al.,

                                       Plaintiffs - Counter Defendants - Appellees,

UBS FINANCIAL SERVICES, INC.,
BRANCH BANKING & TRUST COMPANY,
SAFRA NATIONAL BANK OF NEW YORK,
MORGAN STANLEY SMITH BARNEY, LLC,
SAFRA SECURITIES, LLC,

                                       Interested Parties - Appellees,

versus

SAMARK JOSE LOPEZ BELLO,
YAKIMA TRADING CORPORATION,

                                       Intervenor - Cross Defendants - Appellants,

EPBC HOLDINGS, LTD.,
1425 BRICKELL AVE 63-F LLC,
1425 BRICKELL AVE UNIT 46B LLC,
1425 BRICKELL AVE 64E LLC,
200G PSA HOLDINGS LLC,
PROFIT CORP. CA,
SMT TECHNOLOGIA CA,
PYP INTERNATIONAL, LLC,

                                       Intervenor - Appellants,

_____

No. 20-12467-GG

_____

KEITH STANSELL,
MARC GONZALVES,
THOMAS HOWES,
JUDITH JANIS,
as Personal Representative of the Estate of Greer Janis,
MICHAEL JANIS, et al.,

            Plaintiffs - Counter Defendants - Appellees,

versus

LEUCADENDRA 325 LLC,

            Claimant - Appellant,

SAMARK JOSE LOPEZ BELLO,

            Intervenor - Cross Defendant - Appellant.

_____

No. 20-12545-GG

_____

KEITH STANSELL, et al.,

            Plaintiffs - Counter Defendants - Appellees,

versus

LOISINETTE LEIVA,
Trustee of LLP Trust

            Interested Party - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

_____

No. 20-13660-GG

_____

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH G. JANIS,
as Personal Representative and sole heir of the
Estate of Greer Janis,
CHRISTOPHER T. JANIS,
MICHAEL I. JANIS,
JONATHAN N. JANIS,

                                                              Plaintiffs - Appellees,

versus

SAMARK JOSE LOPEZ BELLO,
YAKIMA TRADING CORPORATION,
EPBC HOLDINGS, LTD.,
1425 BRICKELL AVE 63-F LLC,
1425 BRICKELL AVE UNIT 46B LLC,
1425 BRICKELL AVE 64E LLC,
200G PSA HOLDINGS LLC,
LEUCADENDRA 325 LLC,
MFAA HOLDINGS LIMITED,

                                                              Movants - Appellants

_____

On Appeal from the United States
District Court for the Middle District of Florida

_____

ORDER:

The motion to consolidate already-consolidated appeal nos. 20-11736, 20-12467, and 20-12545 with appeal no. 20-13660 is GRANTED. These four appeals are CONSOLIDATED.

                                                    /s/ Charles R. Wilson
                                                    UNITED STATES CIRCUIT JUDGE