UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Tampa Division

Case No. 8:09-CV-2308-RAL-MAP

KEITH STANSELL, et al.,

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF

COLUMBIA (FARC), et al.,

    Defendants,

and

BNP PARIBAS, NEW YORK BRANCH

    Garnishee.

_____/

**GARNISHEE BNP PARIBAS, NEW YORK BRANCH'S**

**ANSWER TO WRIT OF EXECUTION/GARNISHMENT - DE 1258**

    Garnishee, BNP Paribas, New York Branch, pursuant to Chapter 77 of the Florida Statutes and applicable law, answers the Writ of Execution/Garnishment (the "Writ") served on it on July 21, 2025, by Plaintiffs, Keith Stansell, Marc Gonsalves, Thomas Howes, Judith G. Janis, Christopher T. Janis, Michael I. Janis, and Jonathan N. Janis as follows:

1. BNP Paribas is a global financial institution organized under the laws of France and headquartered in Paris, France.  BNP Paribas has a New York branch ("BNPP-NY") with offices at 787 Seventh Avenue, New York, New York, 10019.  BNP Paribas has no branch in Florida.
2. Between July 21, 2025, the date of service of the Writ, and August 1, 2025, the date on which BNPP-NY's answer is being served, BNPP-NY was apparently indebted to Grupo Wisa S.A. ("Grupo Wisa").
3. Pursuant to the Foreign Narcotics Kingpin Sanctions Regulations administered by the Office of Foreign Assets Control of the U.S. Department of the Treasury ("OFAC"), prior to service of the Writ, on May 23, 2016, BNPP-NY froze funds totaling $138,771.43 being transferred by "Parbel Florida, 6100 Blue Lagoon Drive, Suite 200, FL 33126" from originating financial institution Banque de

Realisations de Gestion et de Financement in Clichy, France, via BNPP-NY, to Banesco S.A. in Panama, for beneficiary "Grupo Wisa, P.O. Box 3294, Zona Libra de Colon" in Panama. Additionally, on April 28, 2017, pursuant to the Foreign Narcotics Kingpin Sanctions Regulations administered by the Office of Foreign Assets Control of the U.S. Department of the Treasury, BNPP-NY froze funds totaling $8,623.95 being transferred by "Lindo y Maduro S.A., Calle 58 Obarrio Local 48, PA/Panama / Panama" (an entity apparently owned by Grupo Wisa) from originating financial institution Banistmo S.A. in Panama, via Deutsche Bank and Trust Americas and BNPP-NY, to Banque de Realisations de Gestion et de Financement in Clichy, France for beneficiary "Loreal Marly" in Paris, France.  The funds associated with these transactions, together totaling $147,395.38, have been deposited into BNPP-NY's blocked property account and have accrued interest over time.  These funds (and the related interest) will remain frozen pursuant to the Foreign Narcotics Kingpin Sanctions Regulations and will not be released by BNPP-NY in the absence of an appropriate Court order or license issued by the U.S. Department of the Treasury.

4. BNPP-NY knows of no other persons indebted to Grupo Wisa, and does not know of any person who may have any property or property interests of Grupo Wisa in its possession, or control.
5. Garnishee may only turn over the Grupo Wisa funds, including the blocked funds and interest, in BNPP-NY's blocked property account (the "Blocked Funds"), without an OFAC license, upon a judicial determination that the Blocked Funds must be turned over to Plaintiffs pursuant to the Terrorism Risk Insurance Act of 2002 ("TRIA").
6. Garnishee further requests that, upon its compliance with any order requiring Garnishee to turn over the Blocked Funds subject to the Writ pursuant to the TRIA, that the Court enter an order of discharge, discharging Garnishee for full compliance with the Writ and absolving Garnishee of any and all liability under the Writ.  Any order compelling turnover of the Blocked Funds should include (i) a specific determination that the funds reported in this Answer have been identified as Specially Designated Narcotics Trafficker ("SDNTK") blocked assets and that the funds must be turned over by Garnishee to Plaintiffs pursuant to TRIA; (ii) that Garnishee is entitled to offset its reasonable attorneys' fees from the Blocked Funds, and (iii)  such other and further relief as the Court deems just and proper.
7. The foregoing answers are based upon BNPP-NY's records as of August 1, 2025.
8. BNPP-NY provides this answer fully reserving all rights and objections including for lack of personal jurisdiction.

    Respectfully submitted,
    BNP Paribas, New York Branch

    *Theresa Flanagan DeLace*

    Theresa Flanagan DeLace
    Paralegal/AVP
    Litigation/Legal Investigations