UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL, et al.
    Plaintiffs,                    CIVIL ACTION CASE NO.:
                                              8:09-cv-2308-CEH-MAP

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,
    Defendants.
_____/

**NOTICE OF COMPLIANCE (FLA. STAT § 77.055)**

**You are being served a copy of the garnishee's answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.**

I HEREBY CERTIFY that on **August 1, 2025**, I served by First Class mail a copy of garnishee **BNP Paribas, New York Branch Answer Doc. 1305** and this Notice pursuant to Fla. Stat. § 77.055 to:

GRUPO WISA S.A.
Calle 15 entre Avenida Santa Isabel
y Avenida Roosevelt Zona Libre de Colon,
Colon, Panama

                                              /s/ Newt Porter
                                              NEWT PORTER (Fla. Bar No. 833738)
                                              Attorneys for Plaintiffs
                                              PORTER & KORVICK, P.A.
                                              4000 Ponce de Leon Blvd., Suite 470
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 373-5040
                                              nporter@porterandkorvick.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL, U.S. Dep't Treasury,
[by email to OFACReport@treasury.gov, pursuant to 31 CFR 501.605(A)(3)]

/s/ Newt Porter
NEWT PORTER
(Florida Bar No. 833738)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Telephone: (305) 373-5040
nporter@porterandkorvick.com