UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEITH STANSELL,
et al.,

CIVIL ACTION CASE NO.:
8:09-cv-2308-CEH-MAP

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,
    Defendants.
_____/

## NOTICE OF COMPLIANCE (FLA. STAT § 77.055)

    You are being served a copy of the garnishee's answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.

    I HEREBY CERTIFY that on October 10, 2025, I served by First Class mail a copy of garnishee Merrill Lynch, Pierce, Fenner & Smith Incorporated Answer Doc. 1347 and this Notice pursuant to Fla. Stat. § 77.055 to:

Kismet Internacional, S.A.
Calle 50 (entre Calle 54 y 56)
Panama, Panama

Kismet Internacional, S.A.
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama

Kismet Internacional, S.A.
Apartado 3294 Zona Libre de Colon,
Colon, Panama

Mohamed Abdo Waked Darwish
Enrique A. Jimenez y Calle 16
Zona Libre de Colon
Colon, Panama

Abdul Mohamed Waked Fares
Enrique A. Jimenez y Calle 16
Zona Libre de Colon
Colon, Panama

Respectfully submitted October, 10, 2025.

| /s/ Newton Porter | /s/Tony Korvick |
|---|---|
| NEWTON P. PORTER | TONY KORVICK |
| (Florida Bar No. 833738) | (Florida Bar No. 768405) |
| nporter@porterandkorvick.com | tkorvick@porterandkorvick.com |
| PORTER & KORVICK, P.A. | PORTER & KORVICK, P.A. |
| 4000 Ponce de Leon Blvd., Suite 470 | 4000 Ponce de Leon Blvd., Suite 470 |
| Coral Gables, Florida 33146 | Coral Gables, Florida 33146 |
| Telephone: (305) 373-5040 | Telephone: (305) 373-5040 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington DC
[by email to OFACReport@treasury.gov, pursuant to 31 CFR 501.605(A)(3)]

/s/ Newt Porter
NEWT PORTER
(Florida Bar No. 833738)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Telephone: (305) 373-5040
nporter@porterandkorvick.com

2