**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KEITH STANSELL., et al.,**

    **Plaintiffs,**

**v.**                                    **Case No.: 8:09-cv-2308-CEH-AAS**

**REVOLUTIONARY ARMED**
**FORCES OF COLOMBIA**
**(FARC), et al.,**

    **Defendants.**
_____/

## **ORDER**

Plaintiffs move for the court to issue a replacement writ for the writ (Doc. 1342) issued to Garnishee Merrill Lynch, Pierce, Fenner & Smith (MLPFS). (Doc. 1372). On September 10, 2025, the court entered an order issuing an amended writ to MLPFS. (Doc. 1341). The Clerk issued the amended writ on September 11, 2025. (Doc. 1342). The plaintiffs request issuance of a replacement writ to MLPFS, identical to the writ previously issued, but with a new issuance date. (Doc. 1372).

Under Fed. R. Civ. P. 64, a party is entitled to every remedy available under the law of the state where the court is located to seize a person or property to satisfy a judgment. In Florida, after a judgment has been obtained, plaintiffs may file a motion for the issuance of a writ of garnishment to collect

1

any debt due to the debtor by a third person. *See* Fla. Stat. §§ 77.01, 77.03.

Under Fla. Stat. § 77.06(2):

The garnishee shall report in its answer and retain, subject to the provisions of s. 77.19 and subject to disposition as provided in this chapter, any deposit, account, or tangible or intangible personal property in the possession or control of such garnishee; and the answer shall state the name or names and addresses, if known to the garnishee, of the defendant and any other persons having or appearing to have an ownership interest in the involved property.

Accordingly, Plaintiffs' Motion to Issue a Replacement Writ (Doc. 1372) is **GRANTED**. The Clerk of Court shall issue the writ of garnishment using the form attached to Plaintiffs' motion. (Doc. 1372, Ex. 1).

**ORDERED** in Tampa, Florida on June 1, 2026.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2