**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEITH STANSELL, *et al.*,

Plaintiffs,

v. Case No: 8:09-cv-2308-CEH-AAS

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), *et al.*,

Defendants.
_________________________________/

**ORDER**

This matter comes before the Court upon Plaintiffs' Unopposed Motion to Stay Proceedings (Doc. 1390). Plaintiffs ask the Court to stay these proceedings, specifically the following pending Turnover Motions: Doc. 1340 (Wells Fargo); Doc. 1343 (Interactive Brokers); Doc. 1349 (Bank of NY Mellon); Doc. 1378 (Bank of America); Doc. 1379 (JPMorgan); Doc. 1380 (BNP Paribas); and Doc. 1381 (Banco Bogota). Plaintiffs seek a stay of these Turnover Motions pending the resolution of Stansell Plaintiffs' motion for turnover in the Southern District of New York in the Lopez - Citibank interpleader action. *See Stansell v. Revolutionary Armed Forces of Colombia (FARC)*, No. 1:16-mc-00405, docs. 563, 564, (S.D.N.Y. Nov. 10, 2016). Plaintiffs argue a stay of these proceedings will obviate judicial labor because the pending SDNY turnover motion could satisfy the Stansell Plaintiffs' outstanding judgment.

Trial courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones,* 520 U.S. 681, 706 (1997). Further, "district courts have inherent, discretionary authority to issue stays in many circumstances." *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235, 1241 (11th Cir. 2008) (citation omitted). The Court will grant the Plaintiffs' motion for a stay as to the pending Turnover Motions at Docs. 1340, 1343, 1349, 1378, 1379, 1380, and 1381.

Accordingly, it is **ORDERED**:

1. Plaintiffs' Unopposed Motion to Stay Proceedings (Doc. 1390) is **GRANTED** as to Docs. 1340, 1343, 1349, 1378, 1379, 1380, and 1381.
2. This case is **STAYED** for a period of **ninety (90) days**. The Clerk is directed to terminate all pending motions and deadlines.
3. Any party may move to lift the stay and reopen this case at any time. Plaintiffs shall file a notice advising the Court within ten (10) days of any final ruling on the Stansell Plaintiffs' turnover motion in the Southern District of New York's case
4. The Garnishees in the matters at Docs 1378, 1379, 1380, and 1381 shall have thirty (30) days from the lifting of the stay to respond to Plaintiffs' turnover motions.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record and Unrepresented Parties, if any